Form hn011jaw (11/24)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**Chasseur Realty Investors−Jackson, LLC**

**CASE NO. 26−02239−JAW**

**DEBTOR.**

**CHAPTER 11**

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

You are hereby notified that the Court will hold a telephonic status conference on September 2, 2026 at 10:00 AM, in the above−styled case, on the following:

To discuss the status of the case

Please call 833−990−9400 or 571−353−2301; Access Code: 8279999# (the "Conference Line") at the appointed time if you would like to participate.

If you plan to participate, please call the Courtroom Deputy at the number provided below.

Dated: 8/25/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

Chasseur Realty Investors−Jackson, LLC, Debtor

Edmond M. George, Esq., Counsel for the Debtor

Michael D. Vagnoni, Esq., Counsel for the Debtor

United States Trustee

Jeffrey M. Sponder, Esq., Counsel for the United States Trustee

Bruce J. Zabarauskas, Esq., Counsel for Wilmington Trust, NA as Trustee

Andrea M. Roberts, Esq., Counsel for Wilmington Trust, NA as Trustee

Eric Ray, Esq., Counsel for Wilimington Trust, National Association, as Trustee, on behalf of the Registered Holders of Benchmark 2021−B31 and the Uncertified VRR Interest Owners