**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CHASSEUR REALTY INVESTORS-JACKSON, LLC d/b/a FONDREN HILL APARTMENTS** **CHAPTER 11**

**Debtor** **CASE NO. 26-02239-JDW**

**NOTICE**

NOTICE IS HEREBY GIVEN, that on September 15, 2026, J. Walter Newman IV of Newman & Newman filed his Amended Verified Application of Debtor to Employ and Disclosure of Compensation [Docket No. 101]. A copy of the Application is attached hereto.

NOTICE IS FURTHER GIVEN that any creditor or party in interest wishing to object to said Application must file a written objection with the United States Bankruptcy Court for the Southern District of Mississippi, Thad Cochran United States Courthouse, 501 E. Court Street, Suite 2.300, Jackson, MS 39201, and a copy must be served upon the attorney for Debtor, J. Walter Newman IV, 587 Highland Colony Parkway, Ridgeland, Mississippi 39157 and the United States Trustee, United States Courthouse, 501 E. Court St., Suite 6-430, Jackson, MS 39201. **THE DEADLINE DATE FOR FILING OBJECTIONS TO THE APPLICATION IS TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

NOTICE IS FURTHER GIVEN that if an objection is filed, the Court will set a hearing on same. If no objections are timely filed, the Court may enter its Order approving the Application ex parte.

This the 15th day of September, 2025.

***/s/J. Walter Newman IV***
J. WALTER NEWMAN IV

NEWMAN & NEWMAN
J. Walter Newman, IV, MSB# 3832
NEWMAN & NEWMAN
601 Renaissance Way, Suite A
Ridgeland, MS 39157
Phone: (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, J. Walter Newman IV, do hereby certify that on the 15th day of September, 2026, a copy of the Amended Verified Application of Debtor to Employ and Disclosure of Compensation [Docket No. 100] was served *via* United States Mail, postage pre-paid, and/or *via* electronic service through the Court's CM/ECF System to all parties listed on the Court's Mailing Matrix which is attached hereto.

DATED this 15th day of September, 2026.

***/s/J. Walter Newman IV***
J. WALTER NEWMAN IV

abel Matrix for local noticing
538-3
ase 26-02239-JAW
outhern District of Mississippi
ackson-3 Divisional Office
ue Sep 15 14:22:44 CDT 2026

Chasseur Realty Investors-Jackson, LLC
1445 Georgian Drive
Moorestown, NJ 08057-1306

Wilmington Trust, National Association, as
c/o Eric T. Ray
Holland & Knight LLP
1901 Sixth Ave N, Suite 1400
Birmingham, AL 35203-4605

.S. Bankruptcy Court
had Cochran U.S. Courthouse
01 E. Court Street
uite 2.300
ackson, MS 39201-5036

ATTN: Jeffrey M. Sponder, Esq.
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5235

Abigail Awode
770 Lakeland Dr
Jackson, MS 39216-4652

lberto Aguayo
70 Lakeland Dr
ackson, MS 39216-4652

Antonio Badiola
770 Lakeland Dr
Jackson, MS 39216-4652

Ashley Jenkins
770 Lakeland Dr
Jackson, MS 39216-4652

yushi Lal
70 Lakeland Dr
ackson, MS 39216-4652

Bangxun Tang
770 Lakeland Dr
Jackson, MS 39216-4652

Barbara Jorge
770 Lakeland Dr
Jackson, MS 39216-4652

endee Patrice Sellado
70 Lakeland Dr
ackson, MS 39216-4652

Benjamin Williams
770 Lakeland Dr
Jackson, MS 39216-4652

Bruce J Zabarauskas
Holland & Knight, LLP
4675 MacArthur Court
Suite 900
Newport Beach, CA 92660-1845

ruce J. Zabarauskas, Esq.
olland & Knight LLP
or Wilmington Trust, NA as Trustee on b
675 MacArthur Court, Suite 900
ewport Beach, CA 92660-1845

Cass/Amari Whitherspoon/Kaho
770 Lakeland Dr
Jackson, MS 39216-4652

Chase Gibson
770 Lakeland Dr
Jackson, MS 39216-4652

omcast
701 JFK Blvd.
hiladelphia, PA 19103-2899

Damaris Weston
770 Lakeland Dr
Jackson, MS 39216-4652

Danesha Seales
770 Lakeland Dr
Jackson, MS 39216-4652

anoelle/Nicholas Halley
70 Lakeland Dr
ackson, MS 39216-4652

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Destry Weatherspoon
770 Lakeland Dr
Jackson, MS 39216-4652

on Taylor
70 Lakeland Dr
ackson, MS 39216-4652

Dorcas Wanjiki
770 Lakeland Dr
Jackson, MS 39216-4652

Doris Ball
770 Lakeland Dr
Jackson, MS 39216-4652

orothy Jones
70 Lakeland Dr
ackson, MS 39216-4652

Edmond M. George
Obermayer Rebmann Maxwell & Hippel
Center Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2100

Entergy Electric
639 Loyola Avenue
New Orleans, LA 70113-7106

ric T. Ray, Esq.
OLLAND & KNIGHT LLP
ounsel for Wilmington Trust, N.A.
901 Sixth Avenue North, Suite 1400
irmingham, Alabama 35203-4605

Erick Black
770 Lakeland Dr
Jackson, MS 39216-4652

Geoffrey Gray
770 Lakeland Dr
Jackson, MS 39216-4652

odfrey Duenas
70 Lakeland Dr
ackson, MS 39216-4652

Halbert Stanton
770 Lakeland Dr
Jackson, MS 39216-4652

Holland & Knight LLP
ATTN: Andrea M. Roberts
787 Seventh Avenue, 31st Floor
New York, NY 10019-6018

ome Page LLC
70 Lakeland Dr
ackson, MS 39216-4652

IRS/Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

nternal Revenue Service
O Box 7346
hiladelphia, PA 19101-7346

J. Walter Newman, IV, Esq.
Newman & Newman
Counsel for the Debtor
601 Renaissance Way, Suite A
Ridgeland, MS 39157-6038

JCK Installations
770 Lakeland Dr
Jackson, MS 39216-4652

ackson Water Company
.O. Box 22667
ackson, MS 39225-2667

Jamaica Sanchez
770 Lakeland Dr
Jackson, MS 39216-4652

Jason Humphrey
770 Lakeland Dr
Jackson, MS 39216-4652

avaris Jones
70 Lakeland Dr
ackson, MS 39216-4652

Jaylon Paige
770 Lakeland Dr
Jackson, MS 39216-4652

Jeffrey/Amanda Jones
770 Lakeland Dr
Jackson, MS 39216-4652

ennifer Turaray
70 Lakeland Dr
ackson, MS 39216-4652

Jeremy Mcduffey
770 Lakeland Dr
Jackson, MS 39216-4652

Jett Singleterry
770 Lakeland Dr
Jackson, MS 39216-4652

oshua Paige
70 Lakeland Dr
ackson, MS 39216-4652

Julian Pickett
770 Lakeland Dr
Jackson, MS 39216-4652

Kalif Wilkes
770 Lakeland Dr
Jackson, MS 39216-4652

assandra Cousin
70 Lakeland Dr
ackson, MS 39216-4652

Kayla Palmer
770 Lakeland Dr
Jackson, MS 39216-4652

Keith Minder
770 Lakeland Dr
Jackson, MS 39216-4652

enneth Jones
70 Lakeland Dr
ackson, MS 39216-4652

Kenshay Ratliff
770 Lakeland Dr
Jackson, MS 39216-4652

Kohnoisseur Klothez
770 Lakeland Dr
Jackson, MS 39216-4652

'onnections LLC
70 Lakeland Dr
'ackson, MS 39216-4652

Kurt Kraft
770 Lakeland Dr
Jackson, MS 39216-4652

Lan/Xihai Zhou/Huang
770 Lakeland Dr
Jackson, MS 39216-4652

.auryn Hill-Brown
70 Lakeland Dr
'ackson, MS 39216-4652

Logan Crear
770 Lakeland Dr
Jackson, MS 39216-4652

Luiz Henrique Nascimento Campedelli
770 Lakeland Dr
Jackson, MS 39216-4652

IS Department of Revenue
'.O. Box 23075
'ackson, MS 39225-3075

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

Mais Abdelhaq
770 Lakeland Dr
Jackson, MS 39216-4652

lakayla Washington
70 Lakeland Dr
'ackson, MS 39216-4652

Malachy Ugwu
770 Lakeland Dr
Jackson, MS 39216-4652

Malerie Walk
770 Lakeland Dr
Jackson, MS 39216-4652

lanar Eissa
70 Lakeland Dr
'ackson, MS 39216-4652

Mark Garvin/Zendee Yumang
770 Lakeland Dr
Jackson, MS 39216-4652

Mary Bailey
770 Lakeland Dr
Jackson, MS 39216-4652

lassie Road Development, L.L.C.
:/o Jim Spencer, Watkins & Eager PLLC
'he Emporium Building
00 East Capitol Street
'ackson, MS 39201-2610

Michael Barrett
63 Kent Rd
Lynn, MA 01904-1333

Michael Lee
770 Lakeland Dr
Jackson, MS 39216-4652

lississippi Department of Revenue
.ankruptcy Section
'.O. Box 22808
'ackson, MS 39225-2808

Mustafa Hauter
770 Lakeland Dr
Jackson, MS 39216-4652

Niketa Pechan
770 Lakeland Dr
Jackson, MS 39216-4652

'oah Faulkner
70 Lakeland Dr
'ackson, MS 39216-4652

Obermayer Rebmann Maxwell & Hippel LLP
1120 Route 73
Suite 420
Mount Laurel, NJ 08054-5109

Om Apollo Thakur
770 Lakeland Dr
Jackson, MS 39216-4652

atricia Dalan
70 Lakeland Dr
'ackson, MS 39216-4652

Pedto Fong
770 Lakeland Dr
Jackson, MS 39216-4652

Ponderosa Fence
PO Box 54309
Pearl, MS 39288-4309

.ajamohan Kalluru
70 Lakeland Dr
'ackson, MS 39216-4652

Republic Trash
1035 Old Brandon Rd
Brandon, MS 39232-3128

Ricardo Gates
770 Lakeland Dr
Jackson, MS 39216-4652

:obert Burr
.ttn: Grafton E. Bragg
:raggLaw, PLLC
'85 Madison Ave, Suite 2C
ladison, MS 39110

Robert M. Dominy
P.O. Box 22245
206 Marina Dr
Saint Simons Island, GA 31522-2243

Roche Jefferson
770 Lakeland Dr
Jackson, MS 39216-4652

:owshan/Sadaf Ali Akhtar/Haider
70 Lakeland Dr
'ackson, MS 39216-4652

Shahzad Shahid
770 Lakeland Dr
Jackson, MS 39216-4652

Shaninan Khanshali
770 Lakeland Dr
Jackson, MS 39216-4652

:herika Jones
70 Lakeland Dr
'ackson, MS 39216-4652

Shirley Allen
770 Lakeland Dr
Jackson, MS 39216-4652

State of Mississippi
Department of Revenue
Bankruptcy Div.
PO Box 22808
Jackson, MS 39225-2808

'ayari Jones
70 Lakeland Dr
'ackson, MS 39216-4652

Temetrick Moses
770 Lakeland Dr
Jackson, MS 39216-4652

Thomas Modhu
770 Lakeland Dr
Jackson, MS 39216-4652

'ony Williams
70 Lakeland Dr
'ackson, MS 39216-4652

Trency Jackson
770 Lakeland Dr
Jackson, MS 39216-4652

U.S. Attorney S.D. Mississippi
c/o Internal Revenue Service
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

'.S. Attorney S.D. Mississippi
:/o U.S. Securities and Exchange Commiss
01 E. Court Street, Ste. 4.430
'ackson, MS 39201-5025

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235

'nited States Trustee
01 East Court Street
:uite 6-430
'ackson, MS 39201-5022

Victoria Taylor
770 Lakeland Dr
Jackson, MS 39216-4652

Vina Christina Bolivar
770 Lakeland Dr
Jackson, MS 39216-4652

'iam Lahlou
70 Lakeland Dr
'ackson, MS 39216-4652

William Smith
770 Lakeland Dr
Jackson, MS 39216-4652

Wilmington Trust, NA
c/o Rialto Capital Advisors
200 S Biscayne Blvd, Suite 3550
Miami, FL 33131-2379

'ilmington Trust, National Association, as T
:/o Rialto Capital Advisors, LLC
.ttn: Jordan Friedman
00 S. Biscayne Blvd., Suite 3550
liami, FL 33131-2379

Zelma Oporto
770 Lakeland Dr
Jackson, MS 39216-4652

Edmond M. George
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2100

'. Walter Newman IV
'ewman & Newman
:01 Renaissance Way, Suite A
:idgeland, MS 39157-6038

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

nternal Revenue Service
.O. Box 21126
hiladelphia, PA 19114

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)U.S. Trustee

(u)Wilmington Trust, National Association as

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 117 |
| Bypassed recipients | 2 |
| Total | 119 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **CHASSEUR REALTY INVESTORS-JACKSON, LLC d/b/a FONDREN HILL APARTMENTS** **CHAPTER 11**

**Debtor** **CASE NO. 26-02239-JDW**

**AMENDED VERIFIED APPLICATION OF DEBTOR TO EMPLOY ATTORNEY**
**AND DISCLOSURE OF COMPENSATION**

COMES NOW, Chasseur Realty Investors-Jackson, LLC, d/b/a Fondren Hill Apartments debtor-in-possession ("Debtor" and/or "Chasseur"), and files this its verified application for authority to retain and employ J. Walter Newman IV of Newman & Newman, as attorney and legal counsel for the debtor-in-possession in this case, and discloses its counsels' compensation, and in support thereof would show:

1. On July 2, 2026, the debtor herein filed its original petition for reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey [Case No: 26-17694-JNP]. A Motion to Transfer Case to the Bankruptcy Court for the Southern District of Mississippi was filed on July 17, 2026 [Docket No. 21 in the District of New Jersey and Docket No. 23 in the Southern District of Mississippi]. An Order Granting Motion to Transfer Case to the Southern District of Mississippi was entered on August 19, 2026 [Docket No. 60 in the District of New Jersey and Docket No. 75 in the Southern District of Mississippi].

2. In order to facilitate the prudent performance of its duties and the successful operation of its business under the reorganization proceeding, it is necessary for the debtor-in-possession to employ legal counsel in Mississippi. The professional services for which said attorney will be retained to render shall include the following:

A. To advise and consult with the debtor-in-possession regarding questions arising from

certain contract negotiations which will occur during the operation of business by the debtor-in-possession;

B. To evaluate claims of various creditors who may assert security interests in the assets and who may seek to disturb the continued operation of the business;

C. To appear in, prosecute, or defend suits and proceedings, and to take all necessary and proper steps and other matters and things involved in or connected with the affairs of the estate of the debtor;

D. To represent the applicant in court hearings and to assist in the preparation of contracts, reports, accounts, petitions, applications, orders and other papers and documents as may be necessary in this proceeding;

E. To advise and consult with applicant in connection with any reorganization plan or sale that may be proposed in this proceeding; and

F. To perform such other legal services on behalf of applicant as they become necessary in this proceeding.

3. Applicant desires, as previously stated, to employ J. Walter Newman IV, of Newman & Newman for the performance of these legal services. This attorney, whose office is in Ridgeland, Mississippi, is fully competent to advise the debtor-in-possession on all matters which are anticipated to arise in the functioning of this case and to protect and preserve all rights of applicant and the interests of creditors. Applicant desires to employ said attorney at the following hourly rates: J. Walter Newman IV at $400.00 per hour, plus expenses and paralegal at $185.00 per hour, plus expenses. Attached as Exhibit "A" is the Verified Statement of J. Walter Newman IV in Accordance with Section 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

4. Robert M. Dominy, Managing Member of the Debtor advanced the retainer of $25,000.00 from his personal account on the Debtor's behalf for representation of the Debtor. In addition, Robert M. Dominy has waived his claim in this case. See attached hereto as Exhibit "B" an email from Robert M. Dominy.

5. The debtor-in-possession's counsel will bill at the rates set forth herein, and submit requests for compensation to the court for approval.

6. The attorney named above represents no interests adverse to the debtor or the estate and matters upon which he is to be engaged and the employment of the attorney would be in the best interest of this estate. No prior representations constitute representations which are prohibited or which would otherwise interfere with or hinder the performance of the duties of the attorney herein, or which need to be described further. The retainer was paid by Robert M. Dominy and Robert M. Dominy has waived his claim in this case.

7. Robert M. Dominy paid the retainer for the Debtor from his personal funds.

a. Robert M. Dominy is the Managing Member of the Debtor and is a 10% equity holder.

b. Newman & Newman's only client is the Debtor entity and not Robert M. Dominy.

c. Robert M. Dominy is represented in this matter by Sean Guy and Doug Noble with McCraney | Montagnet | Quin | Noble.

d. Robert M. Dominy has waived his claim in this bankruptcy case against this Debtor.

e. The retainer is an irrevocable third party payment not contingent on plan treatment or claims allowance.

f. The retainer is made solely for the Debtors benefit without reimbursement by the Debtor.

WHEREFORE, debtor requests that it be authorized to employ and appoint J. Walter Newman IV of Newman & Newman, as its attorney and legal counsel. Applicant further prays for such other and more general relief as the Court may deem just.

THIS, the 15th day of September, 2026.

Respectfully submitted,

**CHASSEUR REALTY INVESTORS-JACKSON, LLC**
**d/b/a FONDREN HILL APARTMENTS**

*/s/Robert M. Dominy*
Robert M. Dominy
Managing Member

and

**NEWMAN & NEWMAN**

***/s/J. Walter Newman IV***
J. WALTER NEWMAN IV
Proposed Attorney

J. Walter Newman IV, MSB# 3832
NEWMAN & NEWMAN
601 Renaissance Way, Suite A
Ridgeland, MS 39157
Telephone No. (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, J. WALTER NEWMAN IV, attorney for Debtor, do hereby certify that I have this date transmitted *via* Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or *via* U. S. Mail, postage prepaid, a true and correct copy of the foregoing Pleading to the following:

Office of the Untied States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Abigail M. Marbury
abagail.m.marbury@usdoj.gov

THIS, the 15th day of September, 2026.

*/s/J. Walter Newman IV*
J. WALTER NEWMAN IV

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **CHASSEUR REALTY INVESTORS-JACKSON, LLC**
**d/b/a FONDREN HILL APARTMENTS** **CHAPTER 11**

**Debtor** **CASE NO. 26-02239-JDW**

**VERIFIED STATEMENT OF J. WALTER NEWMAN IV IN ACCORDANCE WITH SECTION 327 OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

J. WALTER NEWMAN IV states as follows:

1. I am a principal in the firm of Newman & Newman and am duly authorized to make this statement on behalf of Newman & Newman. I make this statement in support of the Application of Debtor and Debtor in Possession for an Order Authorizing the Debtor to retain and engage Newman & Newman as its Attorney (the "Application"). The facts set forth in this statement are personally known to me and, if called as a witness, I would testify thereto.

2. Neither I, Newman & Newman, nor any of its professionals, insofar as I have been able to ascertain, has any connection with the Debtor, its creditors, the United States trustee or any other party with an actual or potential interest in this Chapter 11 case except as set forth below:

a. Newman & Newman is not and has not been employed by any entity, other than the Debtor, in matters related to this Chapter 11 case. Robert M. Dominy, Managing Member is a creditor of the Debtor and paid the initial $25,000.00 retainer. However, Robert M. Dominy has waived his claim in this Bankruptcy Case.

b. Newman & Newman has not performed services for creditors of the Debtor in matters unrelated to this case. As set forth below, Newman & Newman has undertaken a detailed search to determine, and to disclose, whether it is performing services for any significant creditor or insiders in such unrelated matters.

**Exhibit "A"**

3. In connection with its proposed retention by the Debtor in this case, Newman & Newman researched its client databases to determine whether it has any connection with the following entities:

a. the Debtor and its affiliates;

b. the Debtor's officers and directors;

c. the 20 largest unsecured creditors of the Debtor;

d. parties to significant litigation with the Debtor;

e. the attorneys and other professionals that the Debtor has sought authority to employ in this Chapter 11 case in the applications filed on the Petition Date; and

f. the Debtor's material secured lenders.

4. Neither I, Newman & Newman, nor any of its professionals, insofar as I have been able to ascertain, hold or represent any interest adverse to the Debtor or its estate. Accordingly, I believe that Newman & Newman is a "disinterested person," as defined in Section 101(14) of the Bankruptcy Code. The Debtor, however, has numerous relationships and creditors. If Newman & Newman discovers any information that is contrary to or in addition to the statements made herein, Newman & Newman will disclose such information to the Court promptly.

5. Newman & Newman is not a creditor of the Debtor or any non-debtor affiliate.

6. The proposed employment of Newman & Newman is not prohibited by or improper under Bankruptcy Rule 5002. Newman & Newman is qualified to represent the Debtor in the matters for which Newman & Newman is proposed to be employed.

7. Robert M. Dominy paid the retainer for the Debtor from his personal funds.

a. Robert M. Dominy is the Managing Member of the Debtor and is a 10% equity holder.

b. Newman & Newman's only client is the Debtor entity and not Robert M. Dominy.

c. Robert M. Dominy is represented in this matter by Sean Guy and Doug Noble with McCraney | Montagnet | Quin | Noble.

d. Robert M. Dominy has waived his claim in this bankruptcy case against this Debtor.

e. The retainer is an irrevocable third party payment not contingent on plan treatment or claims allowance.

f. The retainer is made solely for the Debtors benefit without reimbursement by the Debtor.

______________________________
J. WALTER NEWMAN IV

Dated: 15 September, 2026.

Sworn to and subscribed before me on this 15 day of September, 2026.

______________________________
Notary Public

My Commission Expires:

★ STATE OF MISSISSIPPI ★
STACY P. LOVORN, NOTARY PUBLIC
RANKIN COUNTY
MY COMMISSION EXPIRES OCTOBER 13, 2027
COMMISSION NUMBER 71281

Outlook

**Fondren**

**From** rmd@chasseurrealtyinvestors.com <rmd@chasseurrealtyinvestors.com>
**Date** Mon 9/14/2026 2:21 PM
**To** wnewman95@msn.com <wnewman95@msn.com>; sguy@mmqnlaw.com <sguy@mmqnlaw.com>; dnoble@mmqn.com <dnoble@mmqn.com>

To whom it may concern:

Please be advised that I hereby waive my claim as a creditor in the bankruptcy case of Chasseur Realty Investors- Jackson.

Sincerely,

Robert M. Dominy
Chief Executive Officer
Chasseur Realty Investors, LLC

**Exhibit "B"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CHASSEUR REALTY INVESTORS-JACKSON, LLC**
**d/b/a FONDREN HILL APARTMENTS** **CHAPTER 11**

**Debtor** **CASE NO. 26-02239-JDW**

**ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEY**

THIS CAUSE having come on for consideration of the *Verified Application of Debtor to Employ Attorney and Disclosure of Compensation* [**DK** ___] (the "Application"), filed herein by Chasseur Realty Investors-Jackson, LLC, d/b/a Fondren Hill Apartments debtor-in-possession ( "Debtor" and/or "Chasseur"), and the Court having considered the Application and finding that notice of the Application was adequate and appropriate under the circumstances, and that no responses and/or objections were filed thereto, and being otherwise fully advised in the matter, is of the opinion that the Application is well-taken and should be approved.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the employment of J. Walter Newman IV of Newman & Newman as attorney and legal counsel for the Debtor-in-possession be,

and it hereby is, approved pursuant to 11 U.S.C. §327. The Application is denied to the extent it requests employment under 11 U.S.C. §328 or any other Bankruptcy Code section.

**IT IS FURTHER ORDERED AND ADJUDGED** that said counsel shall, within ten days of the entry hereof, file with the Court the statement of compensation required by 11 U.S.C. Section 329 and Rule 2016 (b), Federal Rules of Bankruptcy Procedure, if said report has not been filed.

**IT IS FURTHER ORDERED AND ADJUDGED** that said counsel shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. §330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order applies to any funds that might have been received by said counsel as a retainer or of a similar nature.

**IT IS FURTHER ORDERED AND ADJUDGED** that any application for compensation and reimbursement of expenses shall set forth the date of entry of all previous Orders allowing compensation and expenses and the amounts so allowed.

**##END OF ORDER##**

Submitted by:
J. Walter Newman IV, MSB# 3832
NEWMAN & NEWMAN
601 Renaissance Way, Suite A
Ridgeland, MS 39157
Telephone No. (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtor