US Bankruptcy Court
Southern District of Mississippi
FILED
OCT 19 2026
Danny L. Miller, Clerk of Court
By: ____________, Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CHASSEUR REALTY INVESTORS-JACKSON, LLC,** | : | **Case No. 26-02239-JDW** |
| **Debtor.** | : | |

**FIRST AND FINAL FEE APPLICATION OF OBERMAYER REBMANN MAXWELL & HIPPEL LLP AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer" or "Applicant"), in accordance with Fed. R. Bankr. P. 2016, hereby applies under Section 331 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses as Counsel to the Chapter 11 Debtor, Chasseur Realty Investors-Jackson, LLC (the "Debtor") for the period July 2, 2026 through September 30, 2026 (the "Fee Period"). As its First and Final Fee Application, Obermayer states as follows:

## BACKGROUND

1. The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 2, 2026 (the "Petition Date") in the United States Bankruptcy Court for the District of New Jersey (the "New Jersey Bankruptcy Court").

2. On July 8, 2026, Obermayer filed with the New Jersey Bankruptcy Court, the Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Obermayer Rebmann Maxwell & Hippel LLP as Bankruptcy Counsel to the Debtor (the "Retention Application") [District of New Jersey Docket No. 8, Southern District of Mississippi Docket No. 10].

3. On July 28, 2026, Obermayer filed a Supplemental Certification of Edmond M. George in support of the Retention Application [District of New Jersey Docket No. 31, Southern District of Mississippi Docket No. 38].

4. On August 19, 2026, the Court entered an Order Approving the Employment and Retention of Obermayer Rebmann Maxwell & Hippel LLP as Bankruptcy Counsel to the Debtor (the "Retention Order") [District of New Jersey Docket No. 61, Southern District of Mississippi Docket No. 80]. The Retention Order was dated July 24, 2026.

5. Also on August 19, 2026, the Court entered an Order transferring venue of this matter to the United States Bankruptcy Court for the Southern District of Mississippi [District of New Jersey Docket No. 60, Southern District of Mississippi Docket No. 75].

6. Robert M. Dominy, Managing Member of the Debtor, subsequently advanced a retainer of $25,000.00 from his personal account on the Debtor's behalf to J. Walter Newman IV, Esq. of Newman & Newman for his representation of Debtor as its attorney and legal counsel in the above-captioned Chapter 11 case venued in Mississippi. Mr. Newman's retention is currently pending with this Court. Obermayer does not employ any attorneys who are admitted to practice law in the State of Mississippi, and its involvement in this matter will be concluded upon the substitution of counsel and the payment of the compensation approved in this Fee Application.

**OBERMAYER'S APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

7. This is Obermayer's first and final application for compensation filed in this Chapter 11 Case. To date, there have been no orders entered approving fee applications for Obermayer in this Court.

8. Obermayer was initially retained to represent the Debtor and Robert Dominy in a potential prepetition workout with the lender that would allow a closing on the sale of the Debtor's

real property. Unable to obtain a resolution, the Debtor determined a Chapter 11 best served the interests of the Debtor and other parties in interest. Obermayer's representation of Robert Dominy terminated prior to the Petition Date, and a waiver of conflicts agreement was executed. During the ninety (90) days prior to the Petition Date, Obermayer received a $20,000.00 retainer from the Debtor to perform the prepetition workout efforts. The Debtor initiated a wire transfer in the amount of $20,000.00 on April 30, 2026, which was intended to be payment of the retainer amount for the prepetition work. This wire transfer is reflected on the list of 90 day transfers attached as Exhibit "A" to Debtor's Statement of Financial Affairs [District of New Jersey Docket No. 57, Southern District of Mississippi Docket No. 68]. Unfortunately, the email with Obermayer's wire instructions was intercepted by a nefarious party, who then sent wire instructions for a fraudulent account. See email communications attached hereto as Exhibit "A," wherein the fraudulent wire instructions were sent to Mr. Dominy from an email address with an intentionally misspelled domain name on April 29, 2026. See also, email communications attached hereto as Exhibit "B," which confirm that a wire transfer in the amount of $20,000.00 was initiated to the fraudulent account on April 30, 2026. Obermayer's Financial Analyst confirmed to the undersigned that the April 30, 2026 wire transfer was sent to an account that is not owned by, or in any way affiliated with or connected to Obermayer. To date, Obermayer has received a total of $40,000.00 from the Debtor to act as counsel to the debtor in possession. At present, $40,000.00 is remaining in retainer.

9. Obermayer, in the ordinary course of business, was paid pre-petition as follows: On June 9, 2026 Obermayer was paid for its prepetition time in the amount of $10,220.00 and on July 2, 2026 Obermayer was paid for its time in the amount of $9,780.00.

10. Obermayer commenced its representation of the Debtor as Chapter 11 counsel on

June 25, 2026. In connection with its representation of the Debtor, on June 29, 2026, prior to the Petition Date, the Debtor paid Obermayer in the amount of $40,000.00 as a retainer for the Chapter 11 proceeding (the "Retainer"). Obermayer has $40,000.00 remaining of the retainer in its IOLTA account.

11. Obermayer seeks approval of all fees and expenses incurred from July 2, 2026 through and including September 30, 2026.

12. During the Fee Period, Obermayer rendered a total of 170.9 hours of professional services, for which it seeks allowance of compensation of $72,347.50.

13. In addition to the foregoing, Obermayer incurred out-of-pocket expenses during the Fee Period in the amount of $3,346.65 which were "actual, necessary expenses" in connection with rendering the professional services described above pursuant to section 330(a)(1)(B) of the Bankruptcy Code. Such expenses include, but are not limited to, filing fees for the petition, court filings, court hearings and court solutions appearances, legal research, telephone charges, messenger service, Federal Express charges, document retrieval, outside vendor copies and other professional services. Obermayer has made every effort to minimize the expenses in this matter by utilizing the most cost efficient methods of communication consistent with the necessary time restraints.

14. This request by said attorney Edmond M. George of Obermayer Rebmann Maxwell & Hippel LLP is from July 2, 2026 through and including September 30, 2026 for a total sum of $75,694.15, which represents $72,347.50 in fees and $3,346.65 in expenses.

15. Obermayer seeks authority to apply its retainer in the amount of $40,000.00 to the outstanding balance.

## SUMMARY OF SERVICES RENDERED AND EXPENSES INCURRED DURING THE FEE PERIOD

16. The compensation requested in this Application is reasonable based on the nature and extent of the services rendered, the size and complexity of this Chapter 11 Case, the time, labor required and other related factors.

17. During the Fee Period, the professional services performed by Obermayer were necessary and appropriate to assist the Debtor in this Chapter 11 Case and were performed in an expeditious and efficient manner. Those efforts included, but are not limited to, cash collateral and utilities motions, and related work, the drafting and filing of the Debtor's Schedules of assets and Liabilities, and Statement of Financial Affairs, responding to the Motion to Transfer Venue filed by the lender, and preparing for the sale hearing on the Debtor's Sale Motion, pending with the court and challenging negotiations with the lender and prospective buyer of the real property to reach an accord on the liquidation of same. As such, Obermayer submits that the compensation sought herein is reasonable within the meaning of sections 330 and 331 of the Bankruptcy Code.

18. The services rendered to the Debtor by Applicant represent substantial services. The services rendered and expenses incurred benefited the estate. An Affidavit reflecting the legal services rendered and expenses incurred by Applicant is attached hereto as Exhibit "C" and incorporated herein by reference. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of the services rendered, and expenses incurred, is attached hereto as Exhibit "D" and incorporated herein by reference.

## COMPLIANCE WITH GUIDELINES

19. Obermayer believes that this Application substantially complies with the local rules of this Court and the United States Trustee's guidelines for fee applications, though the services

were provided while the Debtor's case was venued in New Jersey. To the extent there has not been material compliance with any particular rule or guideline, Obermayer respectfully requests a waiver or an opportunity to cure.

**WHEREFORE**, for all of the foregoing reasons, pursuant to sections 328, 330, and 331 of the Bankruptcy Code, Obermayer respectfully requests that this Court enter an appropriate Order (i) awarding compensation for professional services rendered as counsel to the Debtor during the Fee Period in the amount of $72,347.50; (ii) awarding reimbursement of actual and necessary expenses incurred by Obermayer during the Fee Period in the amount of $3,346.65; (iii) authorizing and directing the Estate to pay said fees and expenses due to Obermayer for the Fee Period; (iv) authorizing Obermayer to apply the retainer in the amount of $40,000.00; and (v) such other and further relief as this Court deems just and proper.

Respectfully submitted, this 16th day of October, 2026

**CHASSEUR REALTY INVESTORS-JACKSON, LLC**

By Its Attorney,

**EDMOND M. GEORGE**

By: /s/ *Edmond M. George*
Edmond M. George, Esq.

Edmond M. George, Esquire, NJ ID # 038771988
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
Email: edmond.george@obermayer.com
*Counsel to the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I, Edmond M. George, the undersigned attorney for the above referenced debtor, do hereby certify that I have this date served a true and correct copy of the First and Final Fee Application of Obermayer Rebmann Maxwell & Hippel LLP as Counsel to the Debtor and Debtor in Possession for Compensation and Reimbursement of Expenses *via* Notice of Electronic Filing (NEF) through the ECF system to the following:

Office of the United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Abigail M. Marbury
abigail.m.marbury@usdoj.gov

J. Walter Newman, IV
wnewman95@msn.com

Dated this 16th day of October, 2026

By: */s/ Edmond M. George*
Edmond M. George, Esq.

# Exhibit A

**Schmidt, Coleen**

| | |
|---|---|
| **From:** | Catullo, Samantha |
| **Sent:** | Thursday, September 10, 2026 11:07 AM |
| **To:** | Schmidt, Coleen |
| **Subject:** | FW: CONCERNING |
| **Attachments:** | WIRE INFO PA VIST 1470.pdf; Chasseur Realty Investors-Jackson, LLC Final Engagement Letter (1).pdf; RE: [External] Ed George |

REDACTED

**From:** rmd@chasseurrealtyinvestors.com <rmd@chasseurrealtyinvestors.com>
**Sent:** Tuesday, May 5, 2026 3:10 PM
**To:** Catullo, Samantha <samantha.catullo@obermayer.com>
**Subject:** Fwd: RE: [External] Ed George

-------- Original Message --------
Subject: RE: [External] Ed George
Date: Wed, 29 Apr 2026 20:02:32 +0000 (UTC)
From: "Catullo, Samantha" <samantha.catullo@obernayer.com>
To: <RMD@chasseurrealtyinvestors.com>
Cc: <edmond.george@obernayer.com>, <michael.vagnoni@obernayer.com>

Hi Robert,

Attached please find an engagement letter and wiring instructions sent on behalf of Ed.

Please let me know if you have any questions.

**From:** RMD@chasseurrealtyinvestors.com <RMD@chasseurrealtyinvestors.com>
**Sent:** Wednesday, April 29, 2026 12:12 PM

**To:** George, Edmond <Edmond.George@obermayer.com>
**Subject:** RE: [External] Ed George

Great! I need your letter of engagement and wiring instructions, please!

Sent from my Galaxy

-------- Original message --------
From: "George, Edmond" <Edmond.George@obermayer.com>
Date: 4/29/26 10:52 AM (GMT-05:00)
To: rmd@chasseurrealtyinvestors.com
Subject: RE: [External] Ed George

Robert your matter cleared conflicts.

**Ranked in Top 100 Law Firms in Pennsylvania by 2024 Pa. Law 100 Report**

**2025 Philadelphia Inquirer Philly - Gold Winner, Favorite Firms for Bankruptcy**

Edmond M. George, Esquire, LLM
Chairman, Creditor's Rights and Financial Reorganization Group

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street Suite 3400
Philadelphia, PA 19102-2101
215.665-3140 tel 215.665.3165 fax
edmond.george@obermayer.com | www.obermayer.com

Super Lawyers
Pennsylvania: 2014, 2022-2025
New Jersey: 2013, 2014, 2018, 2019

Best of the Bar Philadelphia
Philadelphia Business Journal: 2018

M&A Advisor Award: 2018

**From:** rmd@chasseurrealtyinvestors.com <rmd@chasseurrealtyinvestors.com>
**Sent:** Wednesday, April 29, 2026 6:08 AM
**To:** George, Edmond <Edmond.George@obermayer.com>
**Subject:** RE: [External] Ed George

Ed,

Attached are the loan docs. Please advise what else you need.

Thank you,

Bob Dominy
904-563-1838
410-924-7050

On Mon, 27 Apr 2026 16:01:08 +0000, "George, Edmond" <Edmond.George@obermayer.com> wrote:

Just called you. I am in Philadelphia today you can reach me at the 215 665 3140 number or my cell REDACTED REDACTED REDACTED.

**Ranked in Top 100 Law Firms in Pennsylvania by 2024 Pa. Law 100 Report**

**2025 Philadelphia Inquirer Philly - Gold Winner, Favorite Firms for Bankruptcy**

Edmond M. George, Esquire, LL.M
Chairman, Creditor's Rights and Financial Reorganization Group

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street Suite 3400
Philadelphia, PA 19102-2101
215.665-3140 tel | 215.665.3165 fax
edmond.george@obermayer.com | www.obermayer.com

Super Lawyers
Pennsylvania: 2014, 2022-2025
New Jersey: 2013, 2014, 2018, 2019

Best of the Bar Philadelphia
Philadelphia Business Journal: 2018

M&A Advisor Award: 2018

**From:** RMD@chasseurrealtyinvestors.com <RMD@chasseurrealtyinvestors.com>
**Sent:** Monday, April 27, 2026 10:32 AM
**To:** George, Edmond <Edmond.George@obermayer.com>; REDACTEDREDACTED
**Cc:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Subject:** RE: [External] Ed George

Any time, Ed!

Sent from my Galaxy

-------- Original message --------
From: "George, Edmond" <Edmond.George@obermayer.com>
Date: 4/27/26 10:24 AM (GMT-05:00)
To: REDACTEDREDACTEDREDACTED
Cc: rmd@chasseurrealtyinvestors.com, "Vagnoni, Michael" <Michael.vagnoni@obermayer.com>
Subject: RE: [External] Ed George

Absolutely. Robert, please let me know when you have time to discuss this afternoon, if you are free. REDACTED REDACTED REDACTED, thanks for the intro.

Best,

Ed

**Ranked in Top 100 Law Firms in Pennsylvania by 2024 Pa. Law 100 Report**

**2025 Philadelphia Inquirer Philly - Gold Winner, Favorite Firms for Bankruptcy**

Edmond M. George, Esquire, LLM
Chairman, Creditor's Rights and Financial Reorganization Group

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665-3140 tel | 215.665.3165 fax
edmond.george@obermayer.com | www.obermayer.com

Super Lawyers
Pennsylvania: 2014, 2022-2025
New Jersey: 2013, 2014, 2018, 2019

Best of the Bar Philadelphia
Philadelphia Business Journal: 2018

M&A Advisor Award: 2018

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

--
Best,
Sam

Samantha Catullo
Legal Assistant

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
814.215.4397 tel | 215.665.3165 fax
Samantha.Catullo@obermayer.com | www.obermayer.com

**Obermayer Rebmann M DBA Andrew H LLP**
**Wire Transfer Information for Essential Accounts**
**As of 11/4/22**

**Accounts to use for payments of RETAINERS ONLY**

**Clients in PA ONLY (1470)**

| Domestic and International Wire Transfers | |
|---|---|
| SWIFT | WFBIUS6S |
| Receiving Bank ABA / Routing Number | 121000248 |
| Receiving Bank | Wells Fargo Bank<br>255 2nd Ave South<br>Minneapolis, MN 55479 |
| Beneficiary Account | [redacted]4183 |
| Beneficiary | Obermayer Rebmann M DBA Andrew H LLP |
| Beneficiary Address | Centre Square West, 1500 Market Street, Suite 3400<br>Philadelphia PA 19102-2101 |

# Exhibit B

**Schmidt, Coleen**

---

**From:** Catullo, Samantha
**Sent:** Thursday, September 10, 2026 11:08 AM
**To:** Schmidt, Coleen
**Subject:** FW: Wells Fargo Wire Transfer Initiated

REDACTEDREDACTEDREDACTED

-----Original Message-----
From: George, Edmond <Edmond.George@obermayer.com>
Sent: Tuesday, May 5, 2026 1:51 PM
To: Catullo, Samantha <samantha.catullo@obermayer.com>
Cc: Accounting Department <AccountingDepartmen@obermayer.com>
Subject: FW: Wells Fargo Wire Transfer Initiated

Isn't this it?

Ranked in Top 100 Law Firms in Pennsylvania by
2024 Pa. Law 100 Report

2025 Philadelphia Inquirer Philly - Gold Winner, Favorite Firms for Bankruptcy Edmond M. George, Esquire, LLM
Chairman, Creditor's Rights and Financial Reorganization Group

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665-3140 tel | 215.665.3165 fax
edmond.george@obermayer.com | www.obermayer.com

Super Lawyers
Pennsylvania: 2014, 2022-2025
New Jersey: 2013, 2014, 2018, 2019

Best of the Bar Philadelphia
Philadelphia Business Journal: 2018

M&A Advisor Award: 2018

-----Original Message-----
From: rmd@chasseurrealtyinvestors.com <rmd@chasseurrealtyinvestors.com>

Sent: Thursday, April 30, 2026 9:31 AM
To: George, Edmond <Edmond.George@obermayer.com>; samantha.catullo@obernayer.com
Subject: Fwd: Wells Fargo Wire Transfer Initiated

WARNING: This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

-------- Original Message --------
Subject: Wells Fargo Wire Transfer Initiated
Date: Thu, 30 Apr 2026 06:27:59 -0700 (PDT)
From: Wells Fargo Online <alerts@notify.wellsfargo.com>
To: rmd@chasseurrealtyinvestors.com

<https://url.us.m.mimecastprotect.com/s/OhwbCER6o5UkKkJlCNfoT7e8ZC>

Your Wire Transfer is being processed

You recently submitted the following transfer:
Transfer details

| | |
|---|---|
| To account | XXXXXX4183 |
| From account | XXXXXX5857 |
| Amount | $20,000.00 |
| Send on | 04/30/2026 |
| Confirmation number | OW00006903505435 |

If you did not submit this transfer, or if you have questions, please call Wells Fargo Online Customer Service at 1-800-956-4442. We are available 24 hours a day, 7 days a week wellsfargo.com
<https://url.us.m.mimecastprotect.com/s/OhwbCER6o5UkKkJlCNfoT7e8ZC> | Security Center
<https://url.us.m.mimecastprotect.com/s/rjh6CG6Qqjt2o2pBf7hjTBLRLp> | Contact Us
<https://url.us.m.mimecastprotect.com/s/ASvgCJ67wmtgPgmBiziyTy37cW>
Please do not reply to this automated email.
6c846502-bae1-48cb-992f-4a20f0c5a60a 6752
<https://ort.wellsfargo.com/openratetracking/alertsemail?uow_id=6c846502-bae1-48cb-992f-4a20f0c5a60a>

# Exhibit C

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CHASSEUR REALTY INVESTORS-JACKSON, LLC, | : | Case No. 26-02239-JDW |
| Debtor. | : | |

AFFIDAVIT IN SUPPORT OF REQUEST FOR COMPENSATION FOR LEGAL SERVICES

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, Edmond M. George, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5108, attorney for the debtor, who after having been duly sworn, states on oath that this Affidavit in Support of Request for Compensation for Attorney Services is filed herein by said attorney in support of his request for compensation as attorney for the Debtor, that the statements which are attached to the Application for Compensation are reasonable. Affiant hereby makes application for payment of reasonable attorneys' fees.

EDMOND M. GEORGE

Sworn to and subscribed before me, this the 12th day of October, 2026.

Patricia J. Schlindwein
Notary Public

My Commission Expires:

PATRICIA J. SCHLINDWEIN
Notary Public, State of New Jersey
My Commission Expires 11/5/2030

**Exhibit "C"**

4928-6736-3544 v2-10/12/26

# Exhibit D

OBERMAYER

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3000
October 9, 2026

Invoice Number: 519445

CHASSEUR REALTY INVESTORS-JACKSON, LLC
1445 Georgian Drive
MOORESTOWN, NJ 08057

RE: 104352/0001- EMG-CHAPTER 11 BANKRUPTCY PROCEEDINGS

---

For Professional Services Rendered Through September 30, 2026

| Date | Description | Tkpr | Hours | Rate | Value |
|---|---|---|---|---|---|
| 07/06/26 | Draft statement in response to order to show cause re missing documents. | CMS | 1.40 | 125.00 | 175.00 |
| 07/06/26 | Draft Suggestion of bankruptcy. | EMG | 0.40 | 600.00 | 240.00 |
| 07/06/26 | Draft client declaration. | EMG | 1.20 | 600.00 | 720.00 |
| 07/06/26 | Emails client Re: needed Declarations; phone call to Gray Fiser Re: sale transaction and marketing. | EMG | 0.30 | 600.00 | 180.00 |
| 07/06/26 | Review/revise declarations Re: sale. | MDV | 1.40 | 550.00 | 770.00 |
| 07/07/26 | Revise bankruptcy petition in response to deficiency notice and submit the same to Court. | CMS | 1.30 | 125.00 | 162.50 |
| 07/07/26 | Draft response to order to show cause re missing documents. | CMS | 0.80 | 125.00 | 100.00 |
| 07/07/26 | Confer w/ E. George re 363(f) issues (.2); Research re 363(f) issues and sale of real estate (1.1). | DAB | 1.30 | 600.00 | 780.00 |
| 07/07/26 | Revise Motion to Sell. | EMG | 0.80 | 600.00 | 480.00 |
| 07/07/26 | Email Robert Dominy Re: wet signature on documents. | EMG | 0.20 | 600.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/07/26 | Conference DAB Re: additional research on 363(f). | EMG | 0.30 | 600.00 | 180.00 |
| 07/07/26 | Review UST entry of appearance. | EMG | 0.10 | 600.00 | 60.00 |
| 07/07/26 | Review revised Petition. | EMG | 0.20 | 600.00 | 120.00 |
| 07/07/26 | Revisions to RMD Declaration; review Gray Fiser email and revise Declaration and return. | EMG | 0.60 | 600.00 | 360.00 |
| 07/07/26 | Review emails from broker Re: Declaration. | EMG | 0.20 | 600.00 | 120.00 |
| 07/07/26 | Review OSC and Coleen Schmidt draft declaration. | EMG | 0.30 | 600.00 | 180.00 |
| 07/07/26 | Conference with Edmond M. George Re: sale of property. | MDV | 0.30 | 550.00 | 165.00 |
| 07/07/26 | Review motion to sell and review/revise declarations. | MDV | 4.40 | 550.00 | 2,420.00 |
| 07/07/26 | E-mails to and from group Re: relief from stay. | MDV | 0.20 | 550.00 | 110.00 |
| 07/08/26 | Analyze local rules in Mississippi for filing of suggestion of bankruptcy and phone calls with clerk's office regarding the same. | CMS | 0.80 | 125.00 | 100.00 |
| 07/08/26 | Prepare application to retain Obermayer Rebmann Maxwell & Hippel LLP as counsel to Debtor in Chapter 11 case and submit to Court. | CMS | 0.60 | 125.00 | 75.00 |
| 07/08/26 | Research re 363(f) issues in re sale of real estate. | DAB | 4.00 | 600.00 | 2,400.00 |
| 07/08/26 | Review transmittal to Mississippi court of suggestion of bankruptcy. | EMG | 0.20 | 600.00 | 120.00 |
| 07/08/26 | Review and respond to email from purchaser. | EMG | 0.20 | 600.00 | 120.00 |
| 07/08/26 | Phone call with counsel to purchaser Re: next steps in Chapter 11 proceedings; sale motion. | EMG | 0.40 | 600.00 | 240.00 |
| 07/08/26 | Review sale Motion; declarations; conference Michael D. Vagnoni Re: same. | EMG | 1.60 | 600.00 | 960.00 |
| 07/08/26 | Emails with Robert Dominy Re: saving expenses in Chapter 11 case. | EMG | 0.30 | 600.00 | 180.00 |
| 07/08/26 | Review SARE rules and e-mails to and from group Re: same. | MDV | 0.40 | 550.00 | 220.00 |
| 07/08/26 | Review/revise declaration in support of sale motion. | MDV | 0.90 | 550.00 | 495.00 |
| 07/08/26 | Review/revise sale motion. | MDV | 1.60 | 550.00 | 880.00 |
| 07/08/26 | Conference with Edmond M. George and Coleen | MDV | 0.60 | 550.00 | 330.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Schmidt Re: status; strategy. | | | | |
| 07/09/26 | Research re 363(f) issues in sale of real estate. | DAB | 4.00 | 600.00 | 2,400.00 |
| 07/09/26 | Conference with real estate Broker Re: issues with execution of Declaration; revise declaration and return to Fiser. | EMG | 0.50 | 600.00 | 300.00 |
| 07/09/26 | Conference with Edmond M. George Re: motion to sell; strategy. | MDV | 0.40 | 550.00 | 220.00 |
| 07/09/26 | Review revisions to motion to sell. | MDV | 0.80 | 550.00 | 440.00 |
| 07/10/26 | Analyze notice of status conference. | CMS | 0.20 | 125.00 | 25.00 |
| 07/10/26 | Research re 363(f) issues in sale of real estate (2.0); Draft memo re research findings (2.2) | DAB | 4.20 | 600.00 | 2,520.00 |
| 07/10/26 | Client emails Re: use of cash and Dip account. | EMG | 0.40 | 600.00 | 240.00 |
| 07/10/26 | Review Gray Fiser email and declaration. | EMG | 0.30 | 600.00 | 180.00 |
| 07/13/26 | Reviewed email from client re Wells Fargo. | ADC | 0.20 | 350.00 | 70.00 |
| 07/13/26 | Reviewed and revised motion for private sale of the property. Incorporated and revised section on bona fide dispute adding arguments and citations to relevant case law. | ADC | 1.00 | 350.00 | 350.00 |
| 07/13/26 | Analyze Internal Revenue Service proof of claim and contact information for creditor. | CMS | 0.30 | 125.00 | 37.50 |
| 07/13/26 | Review D. Alexander Barnes memo on sale free and clear and bona fide dispute; cases. | EMG | 0.60 | 600.00 | 360.00 |
| 07/13/26 | Review client emails Re: DIP account. | EMG | 0.30 | 600.00 | 180.00 |
| 07/13/26 | Review notice of status conference and forward to client. | EMG | 0.20 | 600.00 | 120.00 |
| 07/13/26 | Review Sale Motion. | EMG | 0.40 | 600.00 | 240.00 |
| 07/14/26 | Drafted and revised motion to force sale over Rialto's objections and gathered requisite exhibits and declarations for filing. | ADC | 1.50 | 350.00 | 525.00 |
| 07/14/26 | Prepare motion to sell Fondren Hill Apartments and application to shorten time for submission to Court. | CMS | 1.50 | 125.00 | 187.50 |
| 07/14/26 | Final changes and prepare for filing; exhibits review. | EMG | 0.70 | 600.00 | 420.00 |
| 07/14/26 | Draft Sale Order. | EMG | 0.70 | 600.00 | 420.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/14/26 | Draft Sale Order; final revisions to sale Motion for filing. | EMG | 1.70 | 600.00 | 1,020.00 |
| 07/15/26 | Phone calls with Court and E. George regarding Motion to Sell Fondren Hill Apartments and application to shorten time. | CMS | 1.20 | 125.00 | 150.00 |
| 07/15/26 | Conference Coleen Re: scheduled hearing on sale motion. | EMG | 0.20 | 600.00 | 120.00 |
| 07/15/26 | Conference Coleen Schmidt Re: hearing dates; email client Re: hearing date. | EMG | 0.40 | 600.00 | 240.00 |
| 07/15/26 | Review defeasance document from Seth Frankel. | EMG | 0.30 | 600.00 | 180.00 |
| 07/15/26 | Review motion for reconsideration of order expediting hearing and discuss with Edmond M. George. | MDV | 0.70 | 550.00 | 385.00 |
| 07/16/26 | Analyze Wilmington Trust's motion for reconsideration of order shortening time for Motion to Sell Fondren Hill Apartments. | CMS | 0.50 | 125.00 | 62.50 |
| 07/16/26 | Prepare Motion to Sell Fondren Hill Apartments and order shortening time for service upon all required parties per Court order. | CMS | 0.60 | 125.00 | 75.00 |
| 07/16/26 | Analysis of Wilmington Trust Motion for Reconsideration re Order Shortening Time. | DAB | 0.90 | 600.00 | 540.00 |
| 07/16/26 | Research re 363(f) issues re sale motion. | DAB | 1.20 | 600.00 | 720.00 |
| 07/16/26 | Email Bob Dominy Re: scheduled hearing on sale motion. | EMG | 0.20 | 600.00 | 120.00 |
| 07/16/26 | Review Rialto application to shorten time on motion to reconsider hearing on sale Motion. | EMG | 0.20 | 600.00 | 120.00 |
| 07/16/26 | Review 363(k) issues in private sale. | EMG | 0.40 | 600.00 | 240.00 |
| 07/16/26 | Review motion to reconsider scheduling order; email client; conference D. Alexander Barnes Re: recitation to 363(f)(4). | EMG | 0.50 | 600.00 | 300.00 |
| 07/16/26 | Client emails Re: scheduling and objection to hearing by Rialto. | EMG | 0.30 | 600.00 | 180.00 |
| 07/16/26 | Review email from UST Re: initial debtor interview. | EMG | 0.20 | 600.00 | 120.00 |
| 07/16/26 | Review motion to reconsider expedited consideration and bankruptcy cases in Texas. | MDV | 0.90 | 550.00 | 495.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/17/26 | Researched case law to oppose Secured Noteholder's motion to transfer matter to S.D. Mississippii. | ADC | 1.20 | 350.00 | 420.00 |
| 07/17/26 | Drafted and revised opposition to motion to transfer the matter to the southern district of Mississippi and circulated to team for comments. | ADC | 2.00 | 350.00 | 700.00 |
| 07/17/26 | Analyze Wilmington Trust's motion to transfer venue, application to shorten time, and order approving application. | CMS | 0.60 | 125.00 | 75.00 |
| 07/17/26 | Review Motion to Transfer venue. | EMG | 0.40 | 600.00 | 240.00 |
| 07/17/26 | Conference Michael D. Vagnoni Re: allegations about Joe; conference Michael D. Vagnoni and John Dollarhide Re: possible criminal activity. | EMG | 0.50 | 600.00 | 300.00 |
| 07/17/26 | Review and revise response to Motion to transfer of venue. | EMG | 0.50 | 600.00 | 300.00 |
| 07/17/26 | Research standard for transfer of venue and discuss strategy with Alex Corey. | MDV | 0.70 | 550.00 | 385.00 |
| 07/17/26 | Review motion to transfer venue. | MDV | 0.90 | 550.00 | 495.00 |
| 07/17/26 | Review motion to extend time to file schedules and discuss with Coleen Schmidt. | MDV | 0.30 | 550.00 | 165.00 |
| 07/17/26 | Review response to OTSC. | MDV | 0.20 | 550.00 | 110.00 |
| 07/18/26 | Researched NJ Bankruptcy case law to support opposition to motion to transfer. | ADC | 0.90 | 350.00 | 315.00 |
| 07/18/26 | Drafted and revised opposition to motion to transfer case to Mississippi to incorporate additional case law and arguments. | ADC | 1.00 | 350.00 | 350.00 |
| 07/20/26 | Drafted and revised objection to motion to transfer to incorporate comments from Edmond George. | ADC | 0.50 | 350.00 | 175.00 |
| 07/20/26 | Drafted and revised motion to continue utility payments pursuant to Bankruptcy Code 366. | ADC | 1.80 | 350.00 | 630.00 |
| 07/20/26 | Prepare statement in response to order to show cause re missing documents for submission to Court. | CMS | 0.80 | 125.00 | 100.00 |
| 07/20/26 | Analyze Wilmington Trust's objection to motion to sell Fondren Hill Apartments. | CMS | 0.50 | 125.00 | 62.50 |
| 07/20/26 | Phone calls and emails with counsel to Rialto Re: potential resolution of claim; amounts due for | EMG | 1.10 | 600.00 | 660.00 |

| | | | | | |
|---|---|---|---|---|---|
| | defeasance. | | | | |
| 07/20/26 | Confer with Alex D. Corey Re: 366 motion. | EMG | 0.20 | 600.00 | 120.00 |
| 07/20/26 | Prepare for hearings; review cases from D. Alexander Barnes on disputed interests and 363(f). | EMG | 4.20 | 600.00 | 2,520.00 |
| 07/20/26 | Review client email and phone Bob Dominy Re: DIP account and use of funds. | EMG | 0.30 | 600.00 | 180.00 |
| 07/20/26 | Review client emails Re: DIP account and cash usage; respond to client; client phone call Re: same. | EMG | 0.30 | 600.00 | 180.00 |
| 07/20/26 | Revise response to motion to transfer venue. | EMG | 0.50 | 600.00 | 300.00 |
| 07/20/26 | Emails to Judge Poslusney's chambers Re: adjournment. | EMG | 0.20 | 600.00 | 120.00 |
| 07/20/26 | Emails with counsel to the lender to discuss possible resolution. | EMG | 0.30 | 600.00 | 180.00 |
| 07/20/26 | Review section 366 and utility motion. | MDV | 0.40 | 550.00 | 220.00 |
| 07/20/26 | Conference with Alex Corey Re: utility motion. | MDV | 0.30 | 550.00 | 165.00 |
| 07/21/26 | Reviewed case law and Bankruptcy Code and Rules to support motion to continue utilities and expedited motion for a hearing on the same. | ADC | 1.10 | 350.00 | 385.00 |
| 07/21/26 | Corresponded with Bob Diminy via phone and email for additional information necessary to finalize the motion to continue utilities. | ADC | 0.20 | 350.00 | 70.00 |
| 07/21/26 | Drafted and revised motion to continue utilities payment, drafted proposed order, drafted exhibit a to motion, drafted motion for shortened hearing and drafted order for shortened hearing. | ADC | 3.60 | 350.00 | 1,260.00 |
| 07/21/26 | Email correspondence with A. Corey regarding utilities motion and procedures to shorten time under NJ bankruptcy rules. | CMS | 1.30 | 125.00 | 162.50 |
| 07/21/26 | Draft motion for pro hac vice admission of M. Vagnoni. | CMS | 0.50 | 125.00 | 62.50 |
| 07/21/26 | Review Robert Dominy email Re: payment of bills at Fondren. | EMG | 0.20 | 600.00 | 120.00 |
| 07/21/26 | Email Tom Coleman Re: closing statement or HUD 1 for Fondren. | EMG | 0.20 | 600.00 | 120.00 |
| 07/21/26 | Emails with Jim Spencer Re: payment of bills and | EMG | 0.30 | 600.00 | 180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | water service. | | | | |
| 07/21/26 | Phone Jackson water company rebills outstanding and payments; email client Re: account numbers. | EMG | 0.30 | 600.00 | 180.00 |
| 07/22/26 | Email counsel for Rialto Re: conference to resolve sale issues. | EMG | 0.30 | 600.00 | 180.00 |
| 07/22/26 | Email Tom Coleman Re: title report and review lien positions; forward to Rialto. | EMG | 0.50 | 600.00 | 300.00 |
| 07/22/26 | Phone calls with counsel to Rialto Re: deal to allow closing to occur. | EMG | 0.80 | 600.00 | 480.00 |
| 07/23/26 | Analyze Internal Revenue Service proof of claim. | CMS | 0.20 | 125.00 | 25.00 |
| 07/23/26 | Review email from Jim Spencer re: Buyer claims | EMG | 0.10 | 600.00 | 60.00 |
| 07/23/26 | Conference with counsel to purchaser Re: potential waiver of claims related to property. | EMG | 0.50 | 600.00 | 300.00 |
| 07/24/26 | Review e-mail from United States Trustee Re: application to employ and discuss with Edmond M. George. | MDV | 0.30 | 550.00 | 165.00 |
| 07/27/26 | Research hearing calendar for Judge Poslusny for hearing on order to show cause re missing documents. | CMS | 0.20 | 125.00 | 25.00 |
| 07/27/26 | Email Bruce Z. Re: getting to a closing in the case; inability to resolve shortfall at closing; water bills. | EMG | 0.30 | 600.00 | 180.00 |
| 07/27/26 | Phone message for Jeff Sponder Re: objection to retention. | EMG | 0.20 | 600.00 | 120.00 |
| 07/28/26 | Draft supplemental certification of E. George in support of application to retain Obermayer Rebmann Maxwell & Hippel LLP as counsel to Debtor and submit the same to Court. | CMS | 0.80 | 125.00 | 100.00 |
| 07/28/26 | Conference UST Re: retention; conference Alex D. Corey Re: 1.9 waiver of conflicts. | EMG | 0.40 | 600.00 | 240.00 |
| 07/28/26 | Review supplemental certification and provide to client for approval before filing. | EMG | 0.50 | 600.00 | 300.00 |
| 07/28/26 | Hearing on OTSC and Motion to Extend date for schedules and statements. | EMG | 0.40 | 600.00 | 240.00 |
| 07/28/26 | Draft conflict waiver; conference Alex D. Corey Re: research issues; revise letter. | EMG | 0.60 | 600.00 | 360.00 |
| 07/28/26 | Telephone call with United States Trustee Re: | MDV | 0.50 | 550.00 | 275.00 |

| | | | | | |
|---|---|---|---|---|---|
| | retention and discuss with Edmond M. George. | | | | |
| 07/29/26 | Prepare CNO for application to employ ORMH as bankruptcy counsel and submit the same to Court. | CMS | 0.30 | 125.00 | 37.50 |
| 07/29/26 | Forward email to UST Re: conflicts waiver. | EMG | 0.30 | 600.00 | 180.00 |
| 07/29/26 | Email Robert Dominy and review strategy for resolution of case. | EMG | 0.30 | 600.00 | 180.00 |
| 07/29/26 | Research Fair dealing claims. | EMG | 0.60 | 600.00 | 360.00 |
| 07/31/26 | Phone counsel to Rialto Re: proposal to resolve case. | EMG | 0.20 | 600.00 | 120.00 |
| 08/03/26 | Review client emails Re: options. | EMG | 0.30 | 600.00 | 180.00 |
| 08/04/26 | Client emails Re: expenses and repairs at the property; nonfunctioning ac units. | EMG | 0.30 | 600.00 | 180.00 |
| 08/04/26 | Review client emails Re: payment of expense. | EMG | 0.20 | 600.00 | 120.00 |
| 08/04/26 | Review email from counsel to Rialto rejecting offers; emails to counsel Re: use of cash. | EMG | 0.60 | 600.00 | 360.00 |
| 08/04/26 | Phone conference Jackson water Re: negotiating payoff and new customer. | EMG | 0.40 | 600.00 | 240.00 |
| 08/04/26 | Review AP; Email purchaser Re: claimed damages. | EMG | 0.40 | 600.00 | 240.00 |
| 08/05/26 | Drafted and revised cash collateral motion, proposed order, and Dominy Declaration in support. | ADC | 4.00 | 350.00 | 1,400.00 |
| 08/05/26 | Drafted and revised utilities motion to prepare for filing, including Dominy Declaration in support. | ADC | 1.10 | 350.00 | 385.00 |
| 08/05/26 | Client e-mails Re: use of cash; review budget and forward to counsel to Rialto. | EMG | 1.10 | 600.00 | 660.00 |
| 08/05/26 | Review and respond to B. Saboroski emails Re: use of cash and adequate protection payments. | EMG | 0.60 | 600.00 | 360.00 |
| 08/05/26 | Review cash collateral budget and stipulation; discuss with Edmond M. George. | MDV | 0.70 | 550.00 | 385.00 |
| 08/06/26 | Call and corresponded with client to obtain additional information to complete utilities and cash collateral motion, researched rules for consent orders in DNJ, drafted and revised utilities motion to incorporate client's comments. | ADC | 1.10 | 350.00 | 385.00 |
| 08/06/26 | Review and revise cash collateral motion and email with Alex D. Corey Re: revisions. | EMG | 0.50 | 600.00 | 300.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/06/26 | Review revised utilities motion. | MDV | 0.40 | 550.00 | 220.00 |
| 08/07/26 | Corresponded with client and drafted and revised motion papers for continuing utilities and use of cash collateral. | ADC | 1.50 | 350.00 | 525.00 |
| 08/07/26 | Review additions by Alex D. Corey to cash collateral and utility motion; phone conference Alex D. Corey Re: noticing interim requests; client Declaration and utility motion issues. | EMG | 0.80 | 600.00 | 480.00 |
| 08/07/26 | Review e-mail Re: expedited consideration; review local rules. | MDV | 0.30 | 550.00 | 165.00 |
| 08/07/26 | Prepare for hearings on cash collateral. | MDV | 0.30 | 550.00 | 165.00 |
| 08/07/26 | Review adequate assurance demand and discuss with Edmond M. George. | MDV | 0.30 | 550.00 | 165.00 |
| 08/10/26 | Prepare motions to continue utilities and use of cash collateral, and corresponding applications to shorten time for submission to Court. | CMS | 2.00 | 125.00 | 250.00 |
| 08/10/26 | Prepare motion to continue utilities and motion to use cash collateral for service in accordance with orders shortening time. | CMS | 0.80 | 125.00 | 100.00 |
| 08/10/26 | Review cash collateral and utilities motions and declarations in support. | MDV | 0.70 | 550.00 | 385.00 |
| 08/10/26 | Telephone call to counsel to Wilmington Trust Re: cash collateral. | MDV | 0.20 | 550.00 | 110.00 |
| 08/11/26 | Analyze proof of claim from Wilmington Trust. | CMS | 0.50 | 125.00 | 62.50 |
| 08/11/26 | Analyze Wilmington Trust's objection to motion to sell Fondren Hill. | CMS | 0.30 | 125.00 | 37.50 |
| 08/11/26 | Prepare objection to Wilmington Trust's motion to transfer venue for submission to Court. | CMS | 0.80 | 125.00 | 100.00 |
| 08/11/26 | Prepare certificate of service of motion to continue utilities and motion to use cash collateral for submission to Court. | CMS | 0.80 | 125.00 | 100.00 |
| 08/11/26 | E-mails to and from Alex Corey Re: revised cash collateral order. | MDV | 0.20 | 550.00 | 110.00 |
| 08/11/26 | Review supplemental objection to sale. | MDV | 0.20 | 550.00 | 110.00 |
| 08/11/26 | Review e-mail chain and budgets; discuss status with | MDV | 0.60 | 550.00 | 330.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Alex Corey. | | | | |
| 08/11/26 | Review revised budget and discuss with Alex Corey. | MDV | 0.40 | 550.00 | 220.00 |
| 08/12/26 | Drafted and revised interim cash collateral order to incorporate comments from US Trustee and Wilmington Trust | ADC | 0.70 | 350.00 | 245.00 |
| 08/12/26 | Reviewed Wilmington's Trust's supplemental objection to sale motion. Edited and revised utilities order per settlement discussions. | ADC | 0.50 | 350.00 | 175.00 |
| 08/12/26 | Reviewed Wilmington's objection to utilities motion. | ADC | 0.90 | 350.00 | 315.00 |
| 08/12/26 | Prepare motion for pro hac vice admission of M. Vagnoni for submission to Court. | CMS | 0.70 | 125.00 | 87.50 |
| 08/12/26 | Analyze Wilmington Trust's limited objection to utilities motion. | CMS | 0.40 | 125.00 | 50.00 |
| 08/12/26 | Prepare amended budget for cash collateral motion for submission to Court. | CMS | 0.50 | 125.00 | 62.50 |
| 08/12/26 | E-mails to and from Alex Corey Re: status of hearings on motions. | MDV | 0.20 | 550.00 | 110.00 |
| 08/12/26 | Review default provision in APA and discuss alleged purchaser damages with Edmond M. George. | MDV | 0.70 | 550.00 | 385.00 |
| 08/12/26 | Review/revise pro hac vice motion and draft/revise e-mail to Coleen Schmidt re same. | MDV | 0.30 | 550.00 | 165.00 |
| 08/12/26 | Conference with client re cash collateral hearing. | MDV | 0.20 | 550.00 | 110.00 |
| 08/12/26 | Review United States Trustee changes to cash collateral order and draft/revise e-mail to Alex Corey Re: same. | MDV | 0.30 | 550.00 | 165.00 |
| 08/12/26 | Review budget and discuss with Alex Corey. | MDV | 0.40 | 550.00 | 220.00 |
| 08/12/26 | Conference with Edmond M. George Re: cash collateral and hearing. | MDV | 0.30 | 550.00 | 165.00 |
| 08/12/26 | Prepare for hearings on cash collateral and utilities. | MDV | 1.90 | 550.00 | 1,045.00 |
| 08/12/26 | E-mail to United States Trustee Re: cash collateral hearing. | MDV | 0.20 | 550.00 | 110.00 |
| 08/13/26 | Reviewed filed interim orders on utilities and cash collateral and updated client with next steps. | ADC | 0.50 | 350.00 | 175.00 |
| 08/13/26 | Corresponded with Trustee regarding proposed | ADC | 0.60 | 350.00 | 210.00 |

| | | | | | |
|---|---|---|---|---|---|
| | orders on utilities and cash collateral motions, reviewed Trustee's comments and edits to Utilities Order. | | | | |
| 08/13/26 | Reviewing additional IRA information and Delaware County file and finding sample filings for A Corey | CD | 0.60 | 125.00 | 75.00 |
| 08/13/26 | Prepare revised interim cash collateral and utilities orders service upon all required parties. | CMS | 1.60 | 125.00 | 200.00 |
| 08/13/26 | Draft certificate of service re interim cash collateral and utilities orders and submit the same to Court. | CMS | 0.40 | 125.00 | 50.00 |
| 08/13/26 | Continued drafting schedules and statements. | CMS | 1.40 | 125.00 | 175.00 |
| 08/13/26 | Conference Michael D. Vagnoni Re: hearings and court counsel re: mediation. | EMG | 0.50 | 600.00 | 300.00 |
| 08/13/26 | E-mail to Alex Corey re service and action items for cash collateral order and utilities order. | MDV | 0.20 | 550.00 | 110.00 |
| 08/13/26 | E-mails to and from United States Trustee re revised orders re cash collateral and utilities. | MDV | 0.30 | 550.00 | 165.00 |
| 08/13/26 | Review proposal from company re defeasance estimate. | MDV | 0.30 | 550.00 | 165.00 |
| 08/13/26 | E-mail to Coleen Schmidt re changes to cash collateral and utilities motion for filing with court. | MDV | 0.20 | 550.00 | 110.00 |
| 08/13/26 | Prepare for and attend hearing on cash collateral and utilities. | MDV | 2.30 | 550.00 | 1,265.00 |
| 08/13/26 | Conference with Edmond M. George re status. | MDV | 0.40 | 550.00 | 220.00 |
| 08/14/26 | Reviewed documents sent by client and corresponded with client regarding additional documents needed, compared defeasance letter figures to proof of claim figures, called client to discuss. | ADC | 0.80 | 350.00 | 280.00 |
| 08/14/26 | Review emails Re: schedules and meeting with client to review; review Alex D. Corey emails to client Re: calculations for defeasance. Email Alex D. Corey Re: comparing recent filing to A. Smith calculations; conference Michael D. Vagnoni Re: possible mediation of dispute. | EMG | 0.80 | 600.00 | 480.00 |
| 08/14/26 | E-mail to counsel to secured lender re resolution. | MDV | 0.30 | 550.00 | 165.00 |
| 08/14/26 | Review reply to objection to motion to transfer venue; discuss with Alex Corey. | MDV | 0.70 | 550.00 | 385.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/14/26 | Review lender breakdown of payoff and discuss with Alex Corey. | MDV | 0.40 | 550.00 | 220.00 |
| 08/17/26 | Call with client and Mike Vagnoni to discuss potential settlement and offer from Wilmington. | ADC | 0.50 | 350.00 | 175.00 |
| 08/17/26 | Attended call with client to go over documents with client for schedules. | ADC | 0.40 | 350.00 | 140.00 |
| 08/17/26 | Assisted partners with preparations for hearings on sale and transfer motions, researched judge rules on witnesses testifying via Zoom. | ADC | 0.90 | 350.00 | 315.00 |
| 08/17/26 | Reviewed draft schedule before call with client, reviewed further correspondence from client concerning schedule items. | ADC | 0.70 | 350.00 | 245.00 |
| 08/17/26 | Prepare hearing binder for hearing on sale motion and motion to transfer venue. | CMS | 0.70 | 125.00 | 87.50 |
| 08/17/26 | Continued drafting schedules and statements. | CMS | 2.50 | 125.00 | 312.50 |
| 08/17/26 | Phone call with R. Dominy and A. Corey regarding schedules and statements. | CMS | 0.30 | 125.00 | 37.50 |
| 08/17/26 | Confer with E. George re 363 sale and bona fide dispute (.2); Review research re bona fide dispute and 363 sale (1.7); Draft memo to E. George re bona fide dispute standards in 3d Circuit (.4). | DAB | 2.30 | 600.00 | 1,380.00 |
| 08/17/26 | Prepare for sale hearing and transfer of venue; conference Michael D. Vagnoni Re: discussion with Wilmington Trust. | EMG | 3.20 | 600.00 | 1,920.00 |
| 08/17/26 | Conference Michael D. Vagnoni Re: hearing preparation. | EMG | 0.30 | 600.00 | 180.00 |
| 08/17/26 | Phone call and e-mail to counsel to Wilmington Trust re sale hearing. | MDV | 0.20 | 550.00 | 110.00 |
| 08/17/26 | Meeting with Alex Corey re witnesses and hearing preparation. | MDV | 0.30 | 550.00 | 165.00 |
| 08/17/26 | Telephone call to Edmond M. George re potential resolution. | MDV | 0.10 | 550.00 | 55.00 |
| 08/17/26 | Telephone call to counsel to Wilmington Trust re hearings. | MDV | 0.20 | 550.00 | 110.00 |
| 08/17/26 | Phone call and e-mail to Jeff Sponder re sale hearing. | MDV | 0.20 | 550.00 | 110.00 |
| 08/17/26 | Telephone call to Alex Corey re potential resolution. | MDV | 0.20 | 550.00 | 110.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/17/26 | Conference with Edmond M. George re motion to sell and hearing. | MDV | 0.40 | 550.00 | 220.00 |
| 08/17/26 | Telephone call to client re potential resolution. | MDV | 0.40 | 550.00 | 220.00 |
| 08/17/26 | Telephone call to counsel to Wilmington Trust re resolution. | MDV | 0.20 | 550.00 | 110.00 |
| 08/18/26 | Reviewed Chasseur schedules and correspondence related thereto | ADC | 0.60 | 350.00 | 210.00 |
| 08/18/26 | Call with client and partners to discuss consenting to the motion to transfer venue | ADC | 0.70 | 350.00 | 245.00 |
| 08/18/26 | Prepare bankruptcy schedules for Chasseur Realty Investors-Jackson, LLC for client review and submission to Court. | CMS | 4.00 | 125.00 | 500.00 |
| 08/18/26 | Attend hearing on Motion to transfer venue. | EMG | 1.10 | 600.00 | 660.00 |
| 08/18/26 | Continued prep for sale hearing and motion to transfer venue. | EMG | 0.80 | 600.00 | 480.00 |
| 08/18/26 | Review client emails Re: consenting to transfer of case to Mississippi. | EMG | 0.30 | 600.00 | 180.00 |
| 08/18/26 | Meeting with Edmond M. George re status of hearing on sale motion and motion to transfer venue. | MDV | 0.30 | 550.00 | 165.00 |
| 08/18/26 | Review schedules and rule 2016 statements and revise. | MDV | 0.90 | 550.00 | 495.00 |
| 08/18/26 | E-mail to client re consent to transfer of venue. | MDV | 0.20 | 550.00 | 110.00 |
| 08/18/26 | Phone conference with client re transfer of venue. | MDV | 0.20 | 550.00 | 110.00 |
| 08/19/26 | Analyze order granting motion to transfer venue to Mississippi. | CMS | 0.20 | 125.00 | 25.00 |
| 08/19/26 | Analyze order granting application to retain Obermayer Rebmann Maxwell & Hippel LLP as counsel to Debtor. | CMS | 0.20 | 125.00 | 25.00 |
| 08/19/26 | Review of emails Re: cash collateral usage. | EMG | 0.20 | 600.00 | 120.00 |
| 08/20/26 | Corresponded with client and client's MS counsel about next steps for litigation and DIP account use. | ADC | 0.40 | 350.00 | 140.00 |
| 08/20/26 | Analyze order respecting amendment to schedules as to addition of new parties to creditor matrix. | CMS | 0.30 | 125.00 | 37.50 |

| | | | | | |
|---|---|---|---|---|---|
| 08/21/26 | Spoke on the phone and corresponded with client's MS counsel to make introduction and transfer relevant files. | ADC | 0.50 | 350.00 | 175.00 |
| 08/21/26 | Prepare all filed documents and client documents for transmission to incoming Mississippi attorney. | CMS | 0.80 | 125.00 | 100.00 |
| 08/24/26 | Prepare notice, amended schedules, creditor matrix, and tenant labels for service upon new creditors and tenants. | CMS | 0.90 | 125.00 | 112.50 |
| 08/24/26 | Draft fee application form ORMH as bankruptcy counsel to Debtor. | CMS | 0.60 | 125.00 | 75.00 |
| 08/25/26 | Analyze final decree and case closing in Chasseur bankruptcy proceedings in NJ. | CMS | 0.30 | 125.00 | 37.50 |
| 08/25/26 | Email Re: UST initial interview. | EMG | 0.20 | 600.00 | 120.00 |
| 08/26/26 | Email correspondence with R. Dominy regarding transmission of chapter 11 case files for Chasseur Realty Investors-Jackson, LLC transfer to Mississippi. | CMS | 0.30 | 125.00 | 37.50 |
| 08/28/26 | Email correspondence with R. Dominy regarding Mississippi counsel deadline and transmission of Chasseur chapter 11 files. | CMS | 1.00 | 125.00 | 125.00 |
| 08/31/26 | Corresponded with client and MS counsel about mortgage payment restrictions and upcoming status conference. | ADC | 0.70 | 350.00 | 245.00 |
| 09/02/26 | Email correspondence with chambers in Mississippi regarding withdrawal of pro hac vice motion and substitution of counsel. | CMS | 1.40 | 125.00 | 175.00 |
| 09/03/26 | Prepare case materials for transmission to oncoming counsel for Debtor in MI. | CMS | 0.40 | 125.00 | 50.00 |
| 09/10/26 | Draft fee application and analyze ledgers and prebills. | CMS | 2.30 | 125.00 | 287.50 |
| 09/11/26 | Analyze order granting retention application and revise Chasseur prebills for submission to accounting. | CMS | 0.70 | 125.00 | 87.50 |
| 09/25/26 | Draft withdrawal of pro hac vice application of M. Vagnoni and substitution of appearance of E. George. | CMS | 0.60 | 125.00 | 75.00 |
| 09/28/26 | Email correspondence with Walter Newman regarding filing withdrawal of pro hac vice application and substitution of appearance for Debtor. | CMS | 0.40 | 125.00 | 50.00 |
| | Total Hours | | 170.90 | | |

| | | |
|---|---|---|
| | **Total Services** | **$72,347.50** |

**Summary of Services**

| | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|
| EMG | GEORGE, EDMOND M. | 43.90 | 600.00 | 26,340.00 |
| MDV | VAGNONI, MICHAEL D. | 33.90 | 550.00 | 18,645.00 |
| DAB | BARNES, D A. | 17.90 | 600.00 | 10,740.00 |
| CMS | SCHMIDT, COLEEN M. | 42.50 | 125.00 | 5,312.50 |
| ADC | COREY, ALEX D. | 32.10 | 350.00 | 11,235.00 |
| CD | DONAHUE, CAITLIN | 0.60 | 125.00 | 75.00 |
| | **Total Services** | **170.90** | | **$72,347.50** |

**Disbursements**

| | | |
|---|---|---|
| 07/02/26 | FILING FEES Vendor: U.S. BANKRUPTCY COURT FOR DISTRICT OF NJ; Invoice#: 104352-1/CMS/07022026; Date: 7/2/2026 - FILING FEES FOR CHAPTER 11 PETITION | $1,738.00 |
| 07/06/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $4.10 |
| 07/06/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 07/07/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $2.50 |
| 07/08/26 | MESSENGER DELIVERY FEDEX TRACK: 874116843077 Hinds County Circuit Clerk - 407 East Pascagoula St., JACKSON, MS 39201 | $24.88 |
| 07/08/26 | POSTAGE POSTAGE | $1.90 |
| 07/08/26 | POSTAGE POSTAGE | $1.03 |
| 07/15/26 | FILING FEES Vendor: US BANKRUPTCY COURT FOR THE DISTRICT OF; Invoice#: 104352-1/EMG/07142026; Date: 7/14/2026 - FILING FEE FOR MOTION TO SELL | $199.00 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874441072920 Chasseur Realty Investors-Jackson - 1445 Georgian Drive, MOORESTOWN, NJ 08057 | $21.29 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874441195350 United States Trustee - One Newark Center, Suite 2100, NEWARK, NJ 07102 | $14.78 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874441288020 Jeffrey M. Sponder - One Newark Center, NEWARK, NJ 07102 | $14.78 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874441365169 Comcast - 1701 JFK Blvd, PHILADELPHIA, PA 19103 | $14.78 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874441467175 Entergy Electric - 639 Loyola Avenue, NEW ORLEANS, LA 70113 | $24.94 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874442282290 Republic Trash - 1035 Old Brandon Rd, FLOWOOD, MS 39232 | $24.93 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874442443748 Rialto Capital Advisors - 200 S Biscayne Blvd, Suite 3550, MIAMI, FL 33131 | $30.49 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874442542733 Alan Lee Smith, Esq. - One Eastover Center, JACKSON, MS 39211 | $24.93 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874442643250 Jim Spencer - The Emporium Building, JACKSON, MS 39201 | $24.93 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874441551065 Michael Barrett - 63 Kent Rd, JACKSON, MS 39225 | $24.93 |
| 07/15/26 | MESSENGER DELIVERY FEDEX TRACK: 874442367845 Grafton E. Bragg - 965 MADISON AVE STE C, MADISON, MS 39110 | $56.80 |
| 07/20/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.50 |

| | | |
|---|---|---|
| 08/06/26 | FILING FEES Vendor: NEW JERSEY BUSINESS SERVICES; Invoice#: 104352-1/EMG/08052026; Date: 8/5/2026 - DOCUMENT RETRIEVAL FEE FOR UCC DOCUMENTS | $16.80 |
| 08/07/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.60 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875579758620 Chasseur Realty Investors-Jackson - 1445 Georgian Drive, MOORESTOWN, NJ 08057 | $21.93 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875579824875 United States Trustee - One Newark Center, Suite 2100, NEWARK, NJ 07102 | $15.22 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875579878268 Jeffrey M. Sponder - One Newark Center, NEWARK, NJ 07102 | $15.22 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875579923264 Comcast - 1701 JFK Blvd, PHILADELPHIA, PA 19103 | $15.22 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875579973030 Entergy Electric - 639 Loyola Avenue, NEW ORLEANS, LA 70113 | $25.69 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875580068280 Republic Trash - 1035 Old Brandon Rd, FLOWOOD, MS 39232 | $25.67 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875580114077 Grafton E. Bragg - 965 MADISON AVENUE, MADISON, MS 39110 | $58.50 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875580157860 Rialto Capital Advisors - 200 S Biscayne Blvd, Suite 3550, MIAMI, FL 33131 | $31.40 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875580235056 Alan Lee Smith, Esq. - One Eastover Center, JACKSON, MS 39211 | $25.67 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875580287546 Jim Spencer - The Emporium Building, JACKSON, MS 39201 | $25.67 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875580431549 Andrea M. Roberts - 787 Seventh Avenue, NEW YORK, NY 10019 | $20.95 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875580576271 Chynna M. Anderson - 639 Loyola Avenue, NEW ORLEANS, LA 70113 | $25.69 |
| 08/10/26 | MESSENGER DELIVERY FEDEX TRACK: 875580019710 Michael Barrett - 63 Kent Rd, JACKSON, MS 39225 | $25.67 |
| 08/10/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/10/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.70 |
| 08/10/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/10/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.70 |
| 08/10/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.40 |
| 08/13/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.80 |
| 08/13/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/13/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.40 |
| 08/13/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.90 |
| 08/13/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/13/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.90 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.90 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.50 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $2.40 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.20 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.50 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $2.70 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.30 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.00 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $2.50 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.60 |

| | | |
|---|---|---|
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.00 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.20 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.40 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.50 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.30 |
| 08/17/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.30 |
| 08/18/26 | FILING FEES Vendor: NEW JERSEY BANKRUPTCY COURT; Invoice#: 104352-1-/CMS/08182026; Date: 8/18/2026 - FILING FEE FOR AMENDED CREDITOR MATRIX | $34.00 |
| 08/18/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/18/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.90 |
| 08/18/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/18/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.20 |
| 08/18/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.90 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.00 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.20 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.90 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $3.00 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.20 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $3.00 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $2.50 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $3.00 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $3.00 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.80 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.20 |
| 08/19/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $3.00 |
| 08/24/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 08/24/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.30 |
| 08/24/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.30 |
| 08/24/26 | POSTAGE POSTAGE | $188.41 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.10 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $3.00 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.20 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.70 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.40 |
| 08/25/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $0.60 |
| 08/26/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.10 |
| 09/03/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $1.00 |
| 09/03/26 | MISCELLANEOUS SEARCH FEES MISC SEARCH FEES - PACER | $3.00 |
| | DOCUMENT IMAGING | $459.45 |
| | **Total Disbursements** | **$3,346.65** |
| | **TOTAL FEES & DISBURSEMENTS** | $75,694.15 |

| | |
|---|---|
| **TOTAL DUE THIS INVOICE** | **$75,694.15** |
| **RETAINER BALANCE** | **$40,000.00** |

**Payment is due within 30 days from the date of invoice.**

**PLEASE REFERENCE OUR INVOICE NUMBER ON PAYMENT**
**EIN:** REDACTED

**PLEASE REMIT PAYMENT BY CHECK TO:**

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101
215-665-3000