OBERMAYER

**Edmond M George, Esquire**
Direct Dial: 215-665-3140
Edmond.george@obermayer.com
www.obermayer.com

**Obermayer Rebmann Maxwell & Hippel, LLP**
**Attorneys at Law**
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108

October 16, 2026

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

OCT 19 2026

Danny L. Miller, Clerk of Court
By:____________, Deputy Clerk

**SENT VIA FEDERAL EXPRESS**
Clerk of the United States Bankruptcy Court
Southern District of Mississippi
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201
Phone: (601) 608-4600

**RE: In re: Chasseur Realty Investors-Jackson, LLC**
**Case No. 26-02239-JDW**

Dear Sir or Madam,

This firm is prior counsel to Chasseur Realty Investors-Jackson, LLC ("Chasseur"), Debtor in the above-captioned Chapter 11 bankruptcy case. On July 2, 2026, Chasseur filed a chapter 11 bankruptcy petition in the District of New Jersey. The case was subsequently transferred to the Southern District of Mississippi by Order of the Court dated August 19, 2026.

Kindly accept for filing in this matter the enclosed First and Final Fee Application of Obermayer Rebmann Maxwell & Hippel LLP as Counsel to the Debtor in Possession for Compensation and Reimbursement of Expenses. I am unable register for electronic filing through ECF/PACER, as I am not admitted to the bar of the State of Mississippi. The United States Trustee has request that the Fee Application be docketed, notwithstanding the entry of the Agreed Order Dismissing Case on October 16, 2026 and Docket No. 120.

Thank you for your assistance with this matter. If you have any questions, please do not hesitate to contact me at the phone number or email address listed above.

Very truly yours,

*/s/ Edmond M. George*

Edmond M. George, Esquire

EMG/cms
Enclosures