**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CHASSEUR REALTY INVESTORS-JACKSON, LLC,** | : | **Case No. 26-02239-JDW** |
| **Debtor.** | : | |

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**

THIS CAUSE having came on for consideration of the ***First and Final Fee Application of Obermayer Rebmann Maxwell & Hippel LLP as Counsel to the Debtor and Debtor in Possession for Compensation and Reimbursement of Expenses*** **[Docket No. ___]**, (the "Application") filed herein by counsel for the Debtor, and no objections were filed, and the Court, having considered the Motion does hereby find as follows, to-wit:

1. The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 2, 2026 in the United States Bankruptcy Court for the District of New.

2. Obermayer Rebmann Maxwell & Hippel LLP was appointed as Bankruptcy Counsel to the Debtor on August 19, 2026 [District of New Jersey Docket No. 61, Southern District of Mississippi Docket No. 80]. The Retention Order was dated July 24, 2026.

3. Also on August 19, 2026, the Court entered an Order transferring venue of this matter to the United States Bankruptcy Court for the Southern District of Mississippi [District of New Jersey Docket No. 60, Southern District of 75].

4. The services rendered to the Debtor by Applicant represent substantial services. The services rendered and expenses incurred benefited the estate. An Affidavit reflecting the legal services rendered and expenses incurred by said attorney is attached to the Application as Exhibit "C" and is incorporated herein by reference. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of the services rendered, and expenses incurred, was attached to the Application as Exhibit "D" and is incorporated herein by reference.

5. This is the first and final request by said attorney for allowance of compensation and reimbursement of necessary expenses for professional services in this proceeding.

6. The total amount of said attorneys' fees and reimbursable expenses in connection with this Chapter 11 proceeding are $75,694.15, which represents $72,347.50 in fees and $3,346.65 in expenses for the period of July 2, 2026 through and including September 30, 2026.

7. The Debtor represents to the Court that notice of the Application was filed in accordance with all the applicable rules.

8. Applicant is entitled to compensation for professional services rendered to the Debtor and reimbursement of expenses incurred on behalf of the debtor pursuant to the provisions of 11 U.S.C. Section 330 and all applications previously approved under 11 U.S.C. § 331 and

deemed final pursuant to § 330. Therefore, the application of Obermayer Rebmann Maxwell & Hippel LLP, counsel for the debtor-in-possession, should be approved and granted.

**IT IS ACCORDINGLY, ORDERED:**

A. Obermayer Rebmann Maxwell & Hippel LLP is hereby allowed compensation and reimbursement of expenses in the amount $75,694.15, which represents $72,347.50 in fees and $3,346.65 in expenses for the period of July 2, 2026 through and including September 30, 2026.

B. The sum approved and allowed by this Court as compensation and reimbursement of expenses is a priority administrative expense as set forth in 11 U.S.C. §§ 503(b)(2) and 507(a)(2) in the Chapter 11 case and Debtor is authorized and ordered to pay Debtor's counsel to the extent funds are available.

C. Obermayer Rebmann Maxwell & Hippel LLP is authorized to apply any retainer amounts to the payment requested from the Debtor.

D. All sums previously approved as interim compensation are hereby deemed and allowed as final compensation pursuant to 11 U.S.C. § 330.

**##END OF ORDER##**

Submitted by:

Edmond M. George, Esquire, NJ ID # 038771988
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
Email: edmond.george@obermayer.com
*Counsel to the Debtor and Debtor in Possession*