ORIGIN ID:MUVA (21...
COLEEN SCHMIDT
OBERMAYER REB...
1500 MARKET ST...
SUITE 3400 WEST
PHILADELPHIA, PA 1...
UNITED STATES US

TO CLERK OF U...
SOUTHERN DI... ...PI
THAD COCHRAN ...OUSE
501 E. COURT ST., ...300
JACKSON MS 39201
(601) 608-4600 REF: 104352.0001
INV:
PO: DEPT:

58KJ1/70DF/484B

FedEx Express

E

MON - 19 OCT 10:30A
PRIORITY OVERNIGHT

TRK# 0201 8787 9051 3103

XS JAMSG

JANA 39201
MS-US MEM

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

OCT 19 2026

Danny L. Miller, Clerk of Court
By:__________, Deputy Clerk