US Bankruptcy Court
Southern District of Mississippi
FILED

OCT 26 2026

Danny L. Miller, Clerk of Court
By: ______________, Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CHASSEUR REALTY INVESTORS-JACKSON, LLC,** | : | **Case No. 26-02239- JAW** |
| **Debtor.** | : | |

# NOTICE

NOTICE IS HEREBY GIVEN, that on October 19, 2026, the Debtor filed its First and Final Fee Application of Obermayer Rebmann Maxwell & Hippel LLP as Counsel to the Debtor and Debtor in Possession for Compensation and Reimbursement of Expenses [Docket No. 121]. A copy of the Application is attached hereto.

NOTICE IS FURTHER GIVEN that any creditor or party in interest wishing to object to said Application must file a written objection with the United States Bankruptcy Court for the Southern District of Mississippi, P. O. Box 2448, Jackson, MS 39225, and a copy must be served upon the attorney for Debtor, Edmond M. George, Esquire, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5108, and the United States Trustee, United States Courthouse, 501 E. Court St., Suite 6-430, Jackson, MS 39201. **THE DEADLINE DATE FOR FILING OBJECTIONS TO THE APPLICATION IS TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

NOTICE IS FURTHER GIVEN that if an objection is filed, the Court will set a hearing on same. If no objections are timely filed, the Court may enter its Order approving the Application ex parte.

Dated this 19th day of October, 2026.

By: */s/ Edmond M. George*
Edmond M. George, Esq.

Edmond M. George, Esquire, NJ ID # 038771988
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
Email: edmond.george@obermayer.com
*Counsel to the Debtor and Debtor in Possession*

**26-02239-JAW** Chasseur Realty Investors-Jackson, LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Jamie A. Wilson
**Date filed:** 07/02/2026 **Date of last filing:** 10/19/2026
**Debtor dismissed:** 10/16/2026

# Parties

| | | |
|---|---|---|
| **Chasseur Realty Investors-Jackson, LLC**<br>1445 Georgian Drive<br>Moorestown, NJ 08057<br>Tax ID / EIN: 83-4714391<br>*Added: 08/19/2026*<br>*(Debtor In Possession)* | represented by | **J. Walter Newman, IV**<br>Newman & Newman<br>601 Renaissance Way, Suite A<br>Ridgeland, MS 39157<br>601-948-0586<br>wnewman95@msn.com<br>*Assigned: 08/31/26*<br><br>**Edmond M. George**<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>215-665-3140<br>*Assigned: 08/19/26*<br>*TERMINATED: 10/15/26* |
| **U.S. Trustee**<br>*Added: 08/19/2026*<br>*(U.S. Trustee)* | represented by | **Jeffrey M. Sponder**<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>973-645-2379<br>*Assigned: 08/19/26* |
| **United States Trustee**<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201<br>(601) 965-5241<br>(601) 965-5226 (fax)<br>USTPRegion05.JA.ECF@usdoj.gov<br>*Added: 08/19/2026*<br>*(U.S. Trustee)* | represented by | **Abigail M. Marbury**<br>Office of the U.S. Trustee<br>501 E Court Street Suite 6-430<br>Jackson, MS 39201-5002<br>601-965-5245<br>601-965-5226 (fax)<br>abigail.m.marbury@usdoj.gov<br>*Assigned: 08/27/26* |
| **Wilmington Trust, National Association as Trustee on Behalf of the Registered Holders on Benchmark 2021-B31 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2021-B31 Certificates**<br>*Added: 08/19/2026*<br>*(Creditor)* | represented by | **Vivian M. Arias**<br>Holland & Knight LLP<br>787 Seventh Avenue, 31st Floor<br>New York, NY 10019<br>212-751-3171 |

212-880-3290 (fax)
*Assigned: 08/19/26*

**Eric T. Ray**
Holland & Knight LLP
1901 Sixth Ave N, Suite 1400
Birmingham, AL 35203
205-226-5700
etray@hklaw.com
*Assigned: 10/07/26*

**Andrea M. Roberts**
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
212-513-3373
212-880-3290 (fax)
*Assigned: 08/19/26*

**Bruce J. Zabarauskas**
Holland & Knight LLP
4675 MacArthur Court
Suite 900
Newport Beach, CA 92660
214-969-2511
bruce.zabarauskas@hklaw.com
*Assigned: 09/04/26*

| | | |
|---|---|---|
| **Wilmington Trust, National Association, as Trustee, on behalf of the Registered Holders of Benchmark 2021-B31 Mortgage Trust, Commercial Mortgage Pass- Through Certificates, Series 2021-B31 and the Un**<br>c/o Eric T. Ray<br>Holland & Knight LLP<br>1901 Sixth Ave N, Suite 1400<br>Birmingham, AL 35203<br>*Added: 08/20/2026*<br>*(Creditor)* | represented by | **Eric T. Ray**<br>Holland & Knight LLP<br>1901 Sixth Ave N, Suite 1400<br>Birmingham, AL 35203<br>205-226-5700<br>etray@hklaw.com<br>*Assigned: 08/20/26*<br><br>**Bruce J. Zabarauskas**<br>Holland & Knight LLP<br>4675 MacArthur Court<br>Suite 900<br>Newport Beach, CA 92660<br>214-969-2511<br>bruce.zabarauskas@hklaw.com<br>*Assigned: 08/26/26*<br>*LEAD ATTORNEY* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/19/2026 15:29:36 | | | |
| **PACER Login:** | cmschmidt | **Client Code:** | 104352.0001 |

| | | | |
|---|---|---|---|
| **Description:** | Party List | **Search Criteria:** | 26-02239-JAW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**26-02239-JAW** Chasseur Realty Investors-Jackson, LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Jamie A. Wilson
**Date filed:** 07/02/2026 **Date of last filing:** 10/19/2026
**Debtor dismissed:** 10/16/2026

# Creditors

| | |
|---|---|
| **Abigail Awode**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711957)<br>(cr) |
| **Alberto Aguayo**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711958)<br>(cr) |
| **Antonio Badiola**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711959)<br>(cr) |
| **Ashley Jenkins**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711960)<br>(cr) |
| **ATTN: Jeffrey M. Sponder, Esq.**<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | (5711621)<br>(ntcapr) |
| **Ayushi Lal**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711961)<br>(cr) |
| **Bangxun Tang**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711962)<br>(cr) |
| **Barbara Jorge**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711963)<br>(cr) |
| **Bendee Patrice Sellado**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711964)<br>(cr) |
| **Benjamin Williams**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711965)<br>(cr) |
| **Bruce J Zabarauskas**<br>Holland & Knight, LLP<br>4675 MacArthur Court<br>Suite 900<br>Newport Beach, CA 92660-1845 | (5712076)<br>(cr) |

| | |
|---|---|
| **Bruce J. Zabarauskas, Esq.**<br>Holland & Knight LLP<br>For Wilmington Trust, NA as Trustee on b<br>4675 MacArthur Court, Suite 900<br>Newport Beach, CA 92660 | (5715175)<br>(ntcapr) |
| **Cass/Amari Whitherspoon/Kaho**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711966)<br>(cr) |
| **Chase Gibson**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711967)<br>(cr) |
| **Comcast**<br>1701 JFK Blvd.<br>Philadelphia, PA 19103-2899 | (5711968)<br>(cr) |
| **Damaris Weston**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711969)<br>(cr) |
| **Danesha Seales**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711970)<br>(cr) |
| **Danoelle/Nicholas Halley**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711971)<br>(cr) |
| **Department of Treasury**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (5712084)<br>(cr) |
| **Destry Weatherspoon**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711972)<br>(cr) |
| **Don Taylor**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711973)<br>(cr) |
| **Dorcas Wanjiki**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711974)<br>(cr) |
| **Doris Ball**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711975)<br>(cr) |
| **Dorothy Jones**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711976)<br>(cr) |
| **Edmond M. George**<br>Obermayer Rebmann Maxwell & Hippel<br>Center Square West | (5712077)<br>(cr) |

| | |
|---|---|
| 1500 Market Street, Suite 3400<br>Philadelphia, PA 19102-2100 | |
| **Entergy Electric**<br>639 Loyola Avenue<br>New Orleans, LA 70113-7106 | (5711977)<br>(cr) |
| **Eric T. Ray, Esq.**<br>HOLLAND & KNIGHT LLP<br>Counsel for Wilmington Trust, N.A.<br>1901 Sixth Avenue North, Suite 1400<br>Birmingham, Alabama 35203 | (5712344)<br>(ntcapr) |
| **Eric T. Ray, Esq.**<br>HOLLAND & KNIGHT LLP<br>Counsel for Wilmington Trust, N.A.<br>1901 Sixth Avenue North, Suite 1400<br>Birmingham, Alabama 35203 | (5712345)<br>(cr) |
| **Erick Black**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711978)<br>(cr) |
| **Geoffrey Gray**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711979)<br>(cr) |
| **Godfrey Duenas**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711980)<br>(cr) |
| **Halbert Stanton**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711981)<br>(cr) |
| **Holland & Knight LLP**<br>ATTN: Andrea M. Roberts<br>787 Seventh Avenue, 31st Floor<br>New York, NY 10019 | (5711743)<br>(cr) |
| **Holland & Knight LLP**<br>ATTN: Andrea M. Roberts<br>787 Seventh Avenue, 31st Floor<br>New York, NY 10019 | (5711742)<br>(ntcapr) |
| **Home Page LLC**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711982)<br>(cr) |
| **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (5711989)<br>(cr) |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (5711986)<br>(cr) |

| | |
|---|---|
| **IRS/Insolvency**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (5711985)<br>(cr) |
| **J. Walter Newman, IV, Esq.**<br>Newman & Newman<br>Counsel for the Debtor<br>601 Renaissance Way, Suite A<br>Ridgeland, MS 39157 | (5717479)<br>(ntcapr) |
| **Jackson Water Company**<br>P.O. Box 22667<br>Jackson, MS 39225-2667 | (5711993)<br>(cr) |
| **Jamaica Sanchez**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711994)<br>(cr) |
| **Jason Humphrey**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711995)<br>(cr) |
| **Javaris Jones**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711996)<br>(cr) |
| **Jaylon Paige**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711997)<br>(cr) |
| **JCK Installations**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711987)<br>(cr) |
| **Jeffrey/Amanda Jones**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711998)<br>(cr) |
| **Jennifer Turaray**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5711999)<br>(cr) |
| **Jeremy Mcduffey**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712000)<br>(cr) |
| **Jett Singleterry**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712001)<br>(cr) |
| **Joshua Paige**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712002)<br>(cr) |
| **Julian Pickett**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712003)<br>(cr) |

| | |
|---|---|
| **Kalif Wilkes**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712004)<br>(cr) |
| **Kassandra Cousin**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712005)<br>(cr) |
| **Kayla Palmer**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712006)<br>(cr) |
| **Keith Minder**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712007)<br>(cr) |
| **Kenneth Jones**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712008)<br>(cr) |
| **Kenshay Ratliff**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712009)<br>(cr) |
| **Kohnoisseur Klothez**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712010)<br>(cr) |
| **Konnections LLC**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712011)<br>(cr) |
| **Kurt Kraft**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712012)<br>(cr) |
| **Lan/Xihai Zhou/Huang**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712013)<br>(cr) |
| **Lauryn Hill-Brown**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712014)<br>(cr) |
| **Logan Crear**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712015)<br>(cr) |
| **Luiz Henrique Nascimento Campedelli**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712016)<br>(cr) |
| **Mais Abdelhaq**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712020)<br>(cr) |
| **Makayla Washington**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712017)<br>(cr) |

| | |
|---|---|
| **Malachy Ugwu**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712021)<br>(cr) |
| **Malerie Walk**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712022)<br>(cr) |
| **Manar Eissa**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712023)<br>(cr) |
| **Mark Garvin/Zendee Yumang**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712024)<br>(cr) |
| **Mary Bailey**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712025)<br>(cr) |
| **Massie Road Development, L.L.C.**<br>c/o Jim Spencer, Watkins & Eager PLLC<br>The Emporium Building<br>400 East Capitol Street<br>Jackson, MS 39201-2610 | (5712026)<br>(cr) |
| **Michael Barrett**<br>63 Kent Rd<br>Lynn, MA 01904-1333 | (5712027)<br>(cr) |
| **Michael Lee**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712028)<br>(cr) |
| **Mississippi Department of Revenue**<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | (5718528)<br>(cr) |
| **MS Department of Revenue**<br>P.O. Box 23075<br>Jackson, MS 39225-3075 | (5712018)<br>(cr) |
| **MS State Tax Commission**<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | (5711990)<br>(cr) |
| **Mustafa Hauter**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712019)<br>(cr) |
| **Niketa Pechan**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712029)<br>(cr) |
| **Noah Faulkner**<br>770 Lakeland Dr | (5712030)<br>(cr) |

Jackson, MS 39216-4652

| | |
|---|---|
| **Obermayer Rebmann Maxwell & Hippel LLP**<br>1120 Route 73<br>Suite 420<br>Mount Laurel, NJ 08054-5109 | (5712078)<br>(cr) |
| **Om Apollo Thakur**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712031)<br>(cr) |
| **Patricia Dalan**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712032)<br>(cr) |
| **Pedto Fong**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712033)<br>(cr) |
| **Ponderosa Fence**<br>PO Box 54309<br>Pearl, MS 39288-4309 | (5712034)<br>(cr) |
| **Rajamohan Kalluru**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712035)<br>(cr) |
| **Republic Trash**<br>1035 Old Brandon Rd<br>Brandon, MS 39232-3128 | (5712036)<br>(cr) |
| **Ricardo Gates**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712037)<br>(cr) |
| **Robert Burr**<br>Attn: Grafton E. Bragg<br>BraggLaw, PLLC<br>985 Madison Ave, Suite 2C<br>Madison, MS 39110 | (5712038)<br>(cr) |
| **Robert M. Dominy**<br>P.O. Box 22245<br>206 Marina Dr<br>Saint Simons Island, GA 31522-2243 | (5712039)<br>(cr) |
| **Roche Jefferson**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712040)<br>(cr) |
| **Rowshan/Sadaf Ali Akhtar/Haider**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712041)<br>(cr) |
| **Shahzad Shahid**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712042)<br>(cr) |

| | |
|---|---|
| **Shaninan Khanshali**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712043)<br>(cr) |
| **Sherika Jones**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712044)<br>(cr) |
| **Shirley Allen**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712045)<br>(cr) |
| **State of Mississippi**<br>Department of Revenue<br>Bankruptcy Div.<br>PO Box 22808<br>Jackson, MS 39225-2808 | (5712046)<br>(cr) |
| **Tayari Jones**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712047)<br>(cr) |
| **Temetrick Moses**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712048)<br>(cr) |
| **Thomas Modhu**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712049)<br>(cr) |
| **Tony Williams**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712066)<br>(cr) |
| **Trency Jackson**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712067)<br>(cr) |
| **U.S. Attorney S.D. Mississippi**<br>c/o Internal Revenue Service<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201 | (5711991)<br>(cr) |
| **U.S. Attorney S.D. Mississippi**<br>c/o U.S. Securities and Exchange Commiss<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201 | (5711992)<br>(cr) |
| **U.S. Securities and Exchange Commission**<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | (5711988)<br>(cr) |
| **U.S. Trustee**<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | (5712068)<br>(cr) |

| | |
|---|---|
| **Victoria Taylor**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712069)<br>(cr) |
| **Vina Christina Bolivar**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712070)<br>(cr) |
| **Wiam Lahlou**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712071)<br>(cr) |
| **William Smith**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712072)<br>(cr) |
| **Wilmington Trust, NA**<br>c/o Rialto Capital Advisors<br>200 S Biscayne Blvd, Suite 3550<br>Miami, FL 33131-2379 | (5712073)<br>(cr) |
| **Wilmington Trust, National Association, as Trustee**<br>c/o Rialto Capital Advisors, LLC<br>Attn: Jordan Friedman<br>200 S. Biscayne Blvd., Suite 3550<br>Miami, FL 33131-2379 | (5712074)<br>(cr) |
| **Zelma Oporto**<br>770 Lakeland Dr<br>Jackson, MS 39216-4652 | (5712075)<br>(cr) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/19/2026 15:28:35 | | | |
| **PACER Login:** | cmschmidt | **Client Code:** | 104352.0001 |
| **Description:** | Creditor List | **Search Criteria:** | 26-02239-JAW Creditor Type: Allcradm20lmtntcapr |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |