ORIGIN ID:MUVA (215) 665-3292
COLEEN SCHMIDT
OBERMAYER REBMANN MAXWELL ETAL
1500 MARKET STREET
SUITE 3400 WEST
PHILADELPHIA, PA 19102
UNITED STATES US

SHIP DATE: 23OCT26
ACTWGT: 1.00 LB
CAD: 105010039/INET4535

BILL SENDER

TO CLERK OF US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
THAD COCHRAN US COURTHOUSE
501 E. COURT ST., STE 2.300
JACKSON MS 39201
(601) 608-4600 REF: 104352.0001
INV:
PO: DEPT:

58KJ1/70DF/484B

FedEx Express

E

MON - 26 OCT 10:30A
PRIORITY OVERNIGHT

TRK# 0201 8791 2898 2727

JANA 39201
MS-US MEM

XS JAMSG

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

OCT 2 6 2026

Danny L. Miller, Clerk of Court
By:__________, Deputy Clerk

0392 MON 10/26 02:09 5842235
SOUTHERN DISTRICT OF MISSISSIPPI
501 E COURT ST
STE 2.300
JACKSON MS 39201-5036-75
E
10:30 I PRIORITY OVERNIGI
610-5587
ETP: 1 SP:PD:100:Y
1195263453480003920100879128982727

FedEx

This envelope is only for FedEx Express® shipments.
You can help us get your package safely to its dest...

a priority together.

Insert shipping
document here.